| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Anthony J. Dain (Bar No. 98947)<br>Procopio, Cory, Hargreaves & Savitch LLP<br>525 B Street, Suite 2200<br>San Diego, CA 92101 | 619.238.1900 | |
| ATTORNEY FOR (Name): Defendant RePET, Inc. | | |
| NAME OF COURT: United States District Court, Central District of California | | |
| STREET ADDRESS: 3470 Twelfth Street | | |
| MAILING ADDRESS: 3470 Twelfth Street | | |
| CITY AND ZIP CODE: Riverside, CA 92501 | | |
| BRANCH NAME: George E. Brown, Jr. Federal Building | | |
| PLAINTIFF: Nanjing Elble Environmental Protection Technology Co., Ltd. | | |
| DEFENDANT: RePET, Inc. | | |

| NOTICE OF | CASE NUMBER: |
|---|---|
| [✓] OPPOSITION TO APPLICATION FOR RIGHT TO ATTACH ORDER<br>[ ] CLAIM OF EXEMPTION<br>[ ] MOTION (AFTER ISSUANCE OF WRIT) FOR CLAIM OF EXEMPTION<br>[ ] AND MOTION FOR CLAIM OF EXEMPTION | 5:16-cv-2030-RSWL-SP |

1. To plaintiff (name):
   Nanjing Elble Environmental Protection Technology Co., Ltd.

2. You are notified that a hearing will be held in this court as follows:

   date: November 15, 2016    time: 10:00 a.m.    [ ] dept.:    [ ] div.:    [✓] rm.: 4

3. This opposition or claim of exemption is filed by
   a. [✓] defendant (specify name):
         RePET, Inc.

   b. [ ] nondefendant (specify name and mailing address where service of opposition may be made):

   (name and last known address of defendant):

4. Opposing party
   a. [✓] will oppose the issuance of a right to attach order upon the following grounds (specify grounds of opposition):
      First, Plaintiff has not supported its application with sufficient evidence, because the declaration of Shuwei Zhao fails to establish that he had the requisite personal knowledge. Second, Nanjing Elble has not shown the probable validity of its claim, since the available bank records show that RePET, in fact, did pay for the goods delivered. Third, Nanjing Elble improperly seeks a turnover order directing RePET to transfer its intangible property to the levying officer's possession.
   b. [✓] objects to the amount sought to be secured by the attachment upon the following grounds (specify grounds of opposition):
      The available bank records show that RePET paid for at least $464,347.70 during the time period in question as payments for the last seven sales invoices cited by Nanjing Elble. Without discovery, RePET lacks sufficient documentation to verify the first three sales invoices.

(Continued on reverse)

Form Approved by the
Judicial Council of California
AT-155 [Rev. July 1, 1983]

NOTICE OF OPPOSITION TO RIGHT TO ATTACH ORDER
AND CLAIM OF EXEMPTION
(Attachment)

CCP 482.030

| SHORT TITLE: Nanjing Elble Envtl. Prot. Tech. Co., Ltd. v. RePET, Inc. | CASE NUMBER: 5:16-cv-2030-RSWL-SP |
|---|---|

4. c. ☐ will claim exemption.
   ☐ will move the court for an exemption from attachment of the following property:
   (1) ☐ Property exempt from execution under CCP 703.010 et seq. *(specify code section and describe property)*:

   (a) ☐ Property exempt under CCP 704.010 [motor vehicles] or 704.060 [tools of a trade] *(describe all other property of the same type, including exempt proceeds of property of the same type, owned by defendant alone or in combination with others on the date of levy and identify the property to which the exemption is to be applied, regardless of whether it was levied upon)*:

   (b) ☐ Property exempt under CCP 704.100 life insurance policies] *(state the nature and amount of all other property of the same type owned by defendant or defendant's spouse alone or in combination with others on the date of levy)*:

   (2) ☐ Property which is necessary for the support of a defendant who is a natural person and the family of the defendant supported in whole or in part by the defendant (CCP 487.020(b) *(describe the property and attach a financial statement executed under oath as required in CCP 703.530)*:

   (3) ☐ Compensation paid or payable to a defendant employee by an employer for personal services performed by the employee whether denominated as wages, salary, commission, bonus, or otherwise (CCP 487.020(c)) *(describe compensation)*:

   (4) ☐ Property not subject to attachment pursuant to CCP 487.010 *(describe property)*:

   (5) ☐ Other *(describe property and specify grounds for exemption)*:

5. Defendant's affidavit supporting any factual issues and points and authorities supporting any legal issues is attached.

6. Total number of pages attached: 94

Date: November 7, 2016

Anthony J. Dain
(TYPE OR PRINT NAME)

▶ /s/ Anthony J. Dain
(SIGNATURE OF DEFENDANT OR ATTORNEY)

By _____
(NAME AND TITLE)

---

AT-155 [Rev. July 1, 1983]

**NOTICE OF OPPOSITION TO RIGHT TO ATTACH ORDER AND CLAIM OF EXEMPTION (Attachment)**

Page two