Anthony J. Dain (Bar No. 98947)
anthony.dain@procopio.com
Procopio, Cory, Hargreaves
 & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant, RePET, Inc., a California
corporation

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NANJING ELBLE ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>REPET, INC., a California corporation; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 5:16-cv-2030-RSWL-DTB<br><br>**DECLARATION OF JENNIFER CHUANG IN SUPPORT OF REPET, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT**<br><br>Judge:    Ronald S.W. Lew<br><br>Complaint Filed: September 23, 2016 |

I, Jennifer Chuang, declare as follows:

1.     I have been a shareholder of Defendant RePET, Inc. ("RePET") since _2016_.  I have served as the Chief Financial Officer, Corporate Secretary, and as a Director of RePET since August 28, 2014.

2.     I have overseen RePET's organization, management, operations, and finances. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, I could and would testify competently to its contents in court.

3.     Shuwei Zhao is Shubin Zhao's brother.

4.     Shubin Zhao formed RePET on or about April 1, 2009.

5.     At RePET's formation, Shubin Zhao acted as RePET's Chief Executive Officer and Chief Financial Officer.

6.     Shubin Zhao maintained those titles until his resignation as Chief Financial Officer on August 28, 2014, and his resignation as Chief Executive Officer on October 24, 2014.

7.     A true and correct copy of the Minutes of the First Organization Meeting of the Board of Directors of RePET Inc., dated May 20, 2009, is attached as Exhibit A.

8.     A true and correct copy of the Minutes of the Special Meeting of the Directors of RePET Inc., dated August 28, 2014, is attached as Exhibit B.

9.     A true and correct copy of the Minutes of the Special Meeting of the Shareholders of RePET Inc., dated August 28, 2014, is attached as Exhibit C.

10.    A true and correct copy of the Minutes of the Special Meeting of the Directors of RePET Inc., dated October 24, 2014, is attached as Exhibit D.

11.    A true and correct copy of Shubin Zhao's Letters of Resignation from the positions of Chief Executive Officer and Chief Financial Officer of RePET are attached as Exhibit E.

12.    From RePET's formation until in or about August 2014, Shubin Zhao had signature authority and control over RePET's bank accounts.

13.    RePET relied upon Shubin Zhao to act in good faith, to fulfill his fiduciary duties of care and loyalty to RePET, and in particular to conduct the business of RePET and manage RePET's accounts, records, and finances in the best interests of RePET and its shareholders.

2

14.   In mid-2014, Mr. Jieh-Ching Chuang and I purchased a controlling interest in RePET and started to become involved in RePET's management.

15.   Around that time, we began to discover irregularities in RePET's financial records, and we began questioning Shubin Zhao about these irregularities.

16.   Shubin Zhao stopping working with RePET in any capacity in October 2014.

17.   Following the time of Shubin Zhao's departure from RePET, RePET's management reviewed and audited RePET's finances, and discovered that Shubin Zhao engaged in widespread fraud, embezzlement, breaches of fiduciary duty, and conversion of RePET's funds and property.

18.   This discovery led RePET to file a lawsuit against Shubin Zhao on November 10, 2015, which is currently pending before this Court as Case No. 5:15-cv-02315-VAP-SP.

19.   The existing financial records show that RePET made payments to Nanjing Elble of at least $464,347.70 during the time period in question, as payment for the last seven sales invoices cited by Nanjing Elble in its Writ Application.

20.   RePET may also have paid the full amount for the first three sales invoices cited by Nanjing Elble, but without discovery into Shubin Zhao's or Nanjing Elble's financial records, RePET lacks sufficient information to determine whether payment was made.

21.   RePET made an online wire transfer to Nanjing Elble on October 9, 2103, in the amount of $49,956.00.  A true and correct copy of RePET's bank statement with Chase Bank from October 1, 2013 through October 31, 2013 is attached as Exhibit F.

22.   RePET made payments to Nanjing Elble of $9,719.80, $52,000.00, $30,000.00, $30,000.00, $30,000.00, and $40,856.00 between December 17, 2013, and June 17, 2014, for a total of $192,575.80.  A true and correct copy of RePET's bank statements with Chase Bank from November 30, 2013 through December 31, 2013 is attached as Exhibit G. A true and correct copy of RePET's bank statements with Chase Bank from January 1, 2014 through January 31, 2014 is attached as Exhibit H.  A true and correct copy of RePET's bank statements with Chase Bank from May 31, 2014 through June 30, 2014 is attached as Exhibit I.

23.   An additional $3,567.20 was reconciled as part of an accounts receivable offset from amounts owed by Nanjing Elble for goods it purchased from RePET.

3

24.     Following Shubin Zhao's resignation as RePET's CFO, RePET entered a credit agreement with Bank SinoPac to wire $84,621.30 to Nanjing Elble (through its export agent, Jiangsu) on September 15, 2014.   A true and correct copy of RePET's credit agreement from September 15, 2014 is attached as Exhibit J.

25.     RePET entered a credit agreement with Bank SinoPac to wire $22,000.00 to Nanjing Elble (through its export agent, Jiangsu) on October 24, 2014.   A true and correct copy of RePET's credit agreement from October 24, 2014 is attached as Exhibit K.

26.     RePET entered another credit agreement with Bank SinoPac to wire $71,667.00 to Nanjing Elble (through its export agent, Jiangsu) on January 12, 2015.   A true and correct copy of RePET's credit agreement from January 12, 2015 is attached as Exhibit L.

27.     RePET made a $20,000.00 payment to Nanjing Elble on July 22, 2014.   A true and correct copy of RePET's credit agreement from July 22, 2014 is attached as Exhibit M.

28.     Attached as Exhibit N is a summary of the payments RePET has made to Nanjing Elble that correspond to the invoices cited by Nanjing Elble in support of its Writ Application.

29.     Although RePET lacks financial documentation relating to the first three of the ten invoices cited by Nanjing Elble, I believe that either Nanjing Elble or Shubin Zhao are in possession of bank statements that would show whether or not the payments were made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November __7__, 2016 in San Diego, California.


Jennifer Chuang

DOCS 124629-000002/2717542.3

5:16-cv-2030

MINUTES OF FIRST ORGANIZATION MEETING
OF THE BOARD OF DIRECTORS

OF

## REPET INC.

( A California Corporation )

### PLACE AND TIME OF MEETING

The undersigned, being the incorporator(s) named in the Articles of Incorporation of the above named corporation, duly formed by filing Articles of Incorporation in the office of California Secretary of State on _____15th_____ day of __MAY____ 20 09_____, and desiring to hold the first organizational meeting for the purpose of completing the organization of its affairs, in accordance with section 210 of the General Corporation Law.

The Board of Directors of _____REPET INC._____ held its first meeting at _____ 4046 TEMPLE CITY BLVD. #105_____ in the city of ROSEMEAD State of California, on the _____20th___ day of ___MAY_____, 2009_____, at __2:00_____ o'clock in the ___p.m.____ of said day.

### ATTENDANCE OF DIRECTORS AND INCORPORATOR

The following directors were present at this meeting:

SHUBIN ZHAO          Chief Executive Officer

The following directors were absent at this meeting:

N/A

Present at this session of the meeting:

2

___JENNY C. CHANG_____(name of the incorporator) being the incorporator of said corporation named in its Articles of Incorporation.

ELECTION OF TEMPORARY CHAIRMAN AND SECRETARY

On motion and by unanimous vote, the following persons were selected as

| Name | Title |
|------|-------|
| SHUBIN ZHAO | Temporary Chairman |
| SHUBIN ZHAO | Temporary Secretary |

in the meeting.

WAIVER OF NOTICE AND CONSENT

The chairman announced that the meeting was held pursuant to written waiver of notice and consent to holding of the meeting signed by each of the directors. Upon a motion duly made, seconded, and unanimously carried, it was resolved that the written waiver of notice and consent to holding of the meeting be made a part of the minutes of the meeting and placed in the corporation's minutes book.

ARTICLES OF INCORPORATION FILED

The temporary chairman announced that the Articles of Incorporation of the corporation had been filed in the office of the California Secretary of State, and had been assigned the following filing date and state corporation filing number:

Filing date:                    ___May 15, 2009_____

Official filing number:        ___3144693_____

He then presented the original copy of said Articles of Incorporation, showing filing date and official filing number as stated above, and then the temporary secretary was instructed to insert the said articles in the corporate records book of the corporation.

ADOPTION OF BYLAWS

The temporary secretary present to the meeting a proposed set of bylaws which were duly considered and discussed. After discussion and on motion duly made and unanimously carried, the following resolutions were adopted:

**RESOLVED:**        The Bylaws present and discuss in this meeting were adopted as the Bylaws of this corporation and then the temporary secretary

3

was directed to insert the Bylaws in the corporate records book and to see a copy of the Bylaws similarly with the one in corporate records book, was kept at the corporation's principal executive office, as required by law.

## ELECTION OF DIRECTORS

The temporary chairman announced that the Bylaws adopted by the corporation provide that number of Directors shall be _____one_____.

He advised that the Incorporator(s) on motion and by unanimous vote the following persons were elected as the first directors of the corporation to serve until successors were duly elected pursuant to the Bylaws, or until resignation or removal. Each of the newly elected Director(s) signified acceptance:

| Director's name and address | Signature and date |
| --- | --- |
| Shubin Zhao | _Hao shubw_ |
| 293 Brea Canyon Rd | _20 / 05 / 2009_ |
| Walnut, CA. 91789 | |

**RESOLVED FURTHER:**   No regular salaries will be paid to the directors of the corporation for their performance duties as directors, however, each director will be paid for the sum of $ _____0_____ for those who attend each regular, special, adjourned meeting of the board of directors.

## RESIGNATION OF INCORPORATOR(S)

The Chairman announced that the incorporator(s) had completed all necessary steps in organizing the Corporation and had elected the appropriate number of director(s) to carry forward the management of the corporation, now wished to submit their resignation(s):

The undersigned Incorporator(s) herewith tendered their resignation(s):

__JENNY C. CHANG__
(Name of Incorporator)

The Chairman stated that the incorporator(s) tasks had been accomplished and upon motion duly made and recorded, said resignation(s) were accepted.

## ELECTION OF OFFICERS

4

The meeting then proceeded to the election of officers. Upon motion duly made and seconded, the following persons were unanimously elected to the following offices.

Chief Executive Officer:          SHUBIN ZHAO

Secretary:                        SHUBIN ZHAO

Chief Financial Officer:          SHUBIN ZHAO

Each officer who was present and elected, accepted his or her office and thereafter, the President presided at the meeting as Chairman, and the Secretary acted as secretary.

The meeting then proceeded to discuss the annual salaries to be paid by the corporation to its officers . Upon motion duly made, seconded and it was unanimously

**RESOLVED:**          The following annual salaries will be paid to the officers, if any as determined at the meeting, shown to the right of their names:

Chief Executive Officer:     _____     $ _____

Secretary:                   _____     $ _____

Chief Financial Officer:     _____     $ _____

Corporate Seal

The Secretary presented to the meeting for adoption a proposed form of corporate seal which consisting of two concentric circles with the name of the corporation located between two circles, the word "incorporated" at the top of inner circle and "California" at the bottom of the inner circle, the date of incorporation located between the word "incorporated" and "California".

The proposed form of corporate seal with the words and figures show as follow:

On motion and duly made, seconded and unanimously carried, the following resolution was adopted:

5

**RESOLVED:**          The corporate seal in the form , words, and figures presented to this meeting be and hereby is adopted as the corporate seal of this corporation.

## APPROVAL OF STOCK CERTIFICATES

The Secretary then presented to the meeting for adoption a proposed form of stock certificate for the corporation. Upon motion duly made, seconded, and unanimously carried, it was

**RESOLVED:**          The stock certificate presented to this meeting be and hereby is adopted for use by this corporation; each certificate shall bear the name of the corporation, date of incorporation, the authorized number of shares, the class series, the name of the owner of such shares and the statement required by California Corporation Code section 417 and 418.

**RESOLVED FURTHER:**          Each stock certificate shall be numbered in ascending order beginning with No.1 (one); shall be valid only with the signature of the President and Secretary and have corporate seal affixed thereto; signature can be in hand written, facsimile, computer scanning, and computer digital form; and that the secretary is directed to annex the form of certificate presented to this meeting to these minutes.

## ORGANIZATION EXPENSE

The Secretary announced that the meeting proceeded to the subject for the payment of expenses of incorporation and organization of the corporation. Upon motion duly made, seconded, and unanimously carried, the following resolution was adopted:

**RESOLVED:**          The President or Chief Financial Officer of this corporation are authorized and directed to pay in cash for those expenses incurred for the incorporation and organization of this corporation; those expenses included but not limited to filing fee and state franchise tax, licensing, application fees, incorporation service fee, and any fee that is related to the organization of this corporation.

## ACCOUNTING YEAR

The Chairman announced that the next subject was the selection of the accounting period of the corporation, either fiscal or calendar year. Upon motion duly made, seconded, and unanimously carried, the following resolution was adopted:

**RESOLVED:**          The corporation adopt an accounting year as follows:

Date Accounting year begins:          May 15, 2009

Date Accounting year ends:          April 30

6

Exhibit A

9

PRINCIPAL OFFICE

After discussion of the location of the principal office, upon motion duly made, seconded, and unanimously carried, the following resolution was adopted:

**RESOLVED:** The principal executive office of this corporation shall be located at _____ 293 Brea Canyon Rd. _____
City of __Walnut_____, State of California.

OFFICERS AUTHORIZED TO SIGN CONTRACT

To authorize any officers to sign contracts and obligations on behalf of the corporation in the ordinary course of business, the following resolution was, upon motion duly made, seconded and unanimously carried, adopted:

**RESOLVED:** The following officers are hereby authorized to sign contracts and obligations on behalf of the corporation.

| OFFICER'S NAME | TITLE |
|---|---|
| SHUBIN ZHAO | President |
| MILLEY H.M. CHI | Manager |
| JENNY C. CHANG | Incorporator |
| | |

BANK ACCOUNTS

The Chairman announced that in order to provide a depository for the funds of the corporation and authorize certain officers to deal with the corporate funds, upon motion duly made, seconded, and unanimously carried, adopted:

**RESOLVED:** This corporation open an account or accounts with one or more financial institution(s) indicated below, funds of this corporation shall be deposited with said bank(s) and its branch office(s).

Name of the bank: __PREFERRED BANK_____
Address: __Arcadia Office 1469 S. Baldwin Ave. Arcadia, CA. 91006__

Name of the bank: _____
Address: _____

**RESOLVED FURTHER:** All checks, drafts, and other instruments for the payment and accept funds for this corporation from said account(s) shall be signed on behalf of this corporation by any ___TWO_____ of the following officer(s) and any employee(s) of the corporation.

7

Exhibit A
10

| Officer / Employee name | Title |
|---|---|
| SHUBIN ZHAO | President |
| MILLEY H. M. CHI | Manager |
| JENNY C. CHANG | Incorporator |
| | |

**RESOLVED FURTHER:** All checks, drafts, and other instruments for accept funds for this corporation from said account(s), may be endorsed in the name of the corporation by written or stamped endorsement. All checks, drafts, and other instruments for payment funds for this corporation my be signed by hand written, facsimile, computer scanning, or electronic digitized signature.

**RESOLVED FURTHER:** The said bank(s) is/are hereby authorized to honor and pay all checks, drafts and other instruments obligating of this corporation signed as provided above.

**RESOLVED FURTHER:** The authority hereby conferred shall remain in force until revoked by the Board of Directors of this corporation and a written notice have been received by said bank(s).

**RESOLVED FURTHER:** If the corporation's account is a checking account, the bank is hereby requested to prepare and return of statements and cancelled checks monthly as instructed below. The bank assumes all risk of loss in transit of any statement or check.

*Statement instruction: Bank is instructed to mail the bank statement to the mailing address shown on the bank records.*

8

Exhibit A
11

ELECTION OF SUBCHAPTER S CORPORATION

The meeting then proceeded to the subject of election of Subchapter S Corporation by this corporation, under Section 1362 of the Internal Revenue Code to become a "S Corporation", in accordance with the provisions of Subchapter S of the Internal Revenue Code of 1986, as amended, and California Revenue and Tax Code Section 23801. The Chairman explained that such election permits, in general, the profits and losses of the corporation to be passed through directly to the shareholders of the corporation, with the corporation, except under special circumstances, to be a non-taxable entity for federal purposes and taxable for state purposes at the tax rate stated in California Revenue and Tax Code Section 23802. He further explained that such election would not necessarily be a permanent action; but, rather, could be revoked by the corporation at such subsequent time as deemed to be in the best interests of the shareholders, subject tot he written consent of such revocation by shareholders holding more than 50% of the corporation's outstanding stock on the day on which such revocation is made. After discuss the requirements and procedures, upon motion duly made, seconded, and unanimously carried and adopted:

**RESOLVED:**      The corporation is hereby elected to be treated as a Small Business Corporation for taking the advantages of income tax purposes under Section 1362 of the Internal Revenue Code of 1986, as amended and Section 23801 of the California Revenue and Tax Code.

**RESOLVED FURTHER:**      The secretary is authorized to obtain the written consent from all the shareholders and filing Form 2553 with the Internal Revenue Service and Form FTB 3560 with the California Franchise Tax Board on or before the 16th day of the 3rd month of the tax year.

(Election of Subchapter S Corporation)

9

Exhibit A
12

## ISSUANCE OF SHARES UNDER SECTION 25102(f)

The meeting then proceeded to the subject of shares issue under limited offering exemption, the chairman suggested to consider the issuance of the capital stock under the limited offering exemption section 25102(f) of the California Corporation Code.

Any offer or sales of any security in a transaction (other than an offer or sale to a pension or profit-sharing trust of the issuer) that meets each of the following criteria:

1. Sales of the security are made for ____ONE____ persons, including persons not in this state.

2. All purchasers either have a preexisting personal or business relationship with the offeror or any of its partners, officers, directors or controlling persons, or managers (as appointed or elected by the members) if the offeror is a limited liability company, or by reason of their business or financial experience or the business or financial experience of their professional advisors who are unaffiliated with and who are not compensated by the issuer or any affiliate or selling agent of the issuer, directly or indirectly, could be reasonably assumed to have the capacity to protect their own interests in connection with the transaction.

3. Each purchaser represents that the purchaser is purchasing for the purchaser's own account (or a trust account if the purchaser is a trustee) and not with a view to or for sale in connection with any distribution of the security.

4. The offer and sales of the security is not accomplished by the publication of any advertisement. The number of purchasers referred to above is exclusive of any described in Section 25102 subdivision (i) of the California Corporation Code, any officer, or director or affiliate of the issuer, or manager (as appointed or elected by the members) if the issuer is a limited liability company, and other purchaser who the commissioner designates by rules. For purposes of this section, a husband and wife (together with any custodian or trustee acting for the account of their minor children) are counted as one person and a partnership, corporation or other organization that was not specifically formed for the purpose of purchasing the security offered in reliance upon this exemption, is counted as one person. The commissioner may by rule require the issuer to file a notice of transactions under this subdivision. However, the failure to file the notice or the failure to file the notice within the time specified by the rule of the commissioner shall not affect the availability of this exemption. An issuer who fails to file the notice as provided by rule of the commissioner shall, within 15 business days after demand by the commissioner, file the notice and pay to the commissioner a fee equal to the fee payable had the transaction been qualified under Section 25110.

Exhibit A
13

Upon motion duly made, seconded, and the following resolution was unanimously carried, and adopted:

**RESOLVED:**        All shares of this corporation shall be issued and sold in compliance with all terms and conditions of the limited offering exemption provided in Section 25102(f) of the California Corporation Code.

**RESOLVED FURTHER:**        The Chairman of this corporation is hereby authorized and instructed to prepare, or cause to be prepared, and file or cause to be filed, related documents to carry out the above resolutions and a copy of said document shall be inserted in the corporate records book.

| Name of Issuee | Shares & class | Consideration |
|---|---|---|
| TBS Germany GmbH | 25,500 Common Stock | $25,500. |
| Novopet GmbH | 24,500 Common Stock | $24,500. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

25102 (f)

11

Exhibit A
14

ISSUANCE OF SHARES UNDER SECTION 25102(h)

The next subject of discussion, the Chairman suggested that the meeting consider the issuance of capital stock under Section 25102(h) of the California Corporation Code provides for a closely held corporation exemption.

Any offer or sale of voting common stock by a corporation incorporated in any state if, immediately after the proposed sale and issuance, there will be only one class of stock of the corporation outstanding that is owned beneficially by no more than 35 persons, provided all of the following requirements have been met:

1.  The offer and sale of the stock is not accompanied by the publication of any advertisement, and no selling expenses have been given, paid, or incurred in connection therewith.

2.  The consideration to be received by the issuer for the stock to be issued shall consist of (i) only asset of an existing business enterprise transferred to the issuer upon its initial organization, of which all of the persons who are to receive the stock to be issued pursuant to this exemption were owners during, and the enterprise was operated for, a period of not less than one year immediately preceding the proposed issuance, and the ownership of the enterprise immediately prior to the proposed issuance was in the same proportions as the shares of the stock are to be issued, or (ii) only cash or cancellation of indebtedness for money borrowed or both upon the initial organization of the issuer, provided all of the stock is issued for the same price per share, or (iii) only cash, provided the sale is approved in writing by each of the existing shareholders and the purchaser or purchasers are existing shareholders, or (iv), in a case where after the proposed issuance there will be only one owner of the stock of the issuer, any legal consideration.

3.  No promotional consideration has been given, paid, or incurred in connection with the issuance.

4.  A notice in a form prescribed by rules of the commissioner, signed by an active member of the State Bar of California, shall be filed with or mailed for filing to the commissioner not later than 10 business days after receipt of consideration for the securities by issuers, which notice shall contain an opinion of the member of the State Bar of California that the exemption provided by this subdivision is available for the offer and sale of the securities. However, the failure to file the notice as required by this subdivision and the rules of the commissioner shall not affect the availability of this exemption. An issuer who fails to file the notice within the time specified by this subdivision shall, within 15 business after demand by the commissioner, file the notice and pay to the commissioner a fee equal to the fee payable had the transaction been qualified under section 25110.

5.  Each purchaser represents that the purchaser is purchasing for the purchaser's own account, or a trust account if the purchaser is a trustee, and not with to or for

25102(h)

Exhibit A
15

sales in connection with any distribution of the stock. For the purpose of this subdivision, all securities held by a husband and wife, whether or not jointly, shall be considered to be owned by one person, and all securities held by a corporation that has issued stock pursuant to this exemption shall be considered to be held by the shareholders to whom it has issued the stock.

Upon motion duly made, seconded, and the following resolution was unanimously carried, and adopted:

**RESOLVED:**        All shares of this corporation shall be issued and sold in compliance with all terms and conditions of the limited offering exemption provided in Section 25102(h) of the California Corporation Code.

**RESOLVED FURTHER:**        The Chairman of this corporation is hereby authorized and instructed to prepare, or cause to be prepared, and file or cause to be filed, related documents to carry out the above resolutions and a copy of said document shall be inserted in the corporate records book .

Name of Issuee          Shares & class          Consideration

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

25102(h)

13

Exhibit A
16

LOSSES ON SMALL BUSINESS STOCK

The Chairman announced that the meeting continue on the subject of qualifying the share issued by this corporation in compliance with Section 1244 of the Internal Revenue Code of 1986, as amended, and Section 18151 of the California Revenue and Taxation Code, to receive ordinary loss deduction treatment for tax purpose if such stock becomes worthless or is sold at a loss. Upon motion duly made, seconded, unanimously carried, and adopted:

**RESOLVED:**      That the corporation shall and hereby does adopt the following to qualify under Section 1244 of the Internal Revenue Code.


MISCELLANEOUS SUBJECT(S)

The Chairman then asked was there any other subject to discuss in the meeting.

The meeting continues to discuss following subjects:


After discussion, upon motion duly made, seconded, unanimously carried and adopted:


**RESOLVED:**

14

Exhibit A
17

## ADJOURNMENT

There was no further subject to come before the meeting, upon motion duly made, seconded, and unanimously carried, the meeting was adjourned.

_Zhao Shubin_                    _20/05/2008_
SHUBIN ZHAO / Chairman          Date

_Zhao Shubin_                    _20/05/2008_
SHUBIN ZHAO / Secretary         Date

15

# MINUTES OF SPECIAL MEETING OF THE DIRECTORS

## OF

## REPET, INC.

Time:     August 28, 2014

Date:     2:30 PM

Place:    Corporate office at 14207 Monte Vista Ave, China, CA 91710

Present:  Mr. JIEH-CHING CHUANG

Ms. JENNIFER CHUANG

Mr. XUE-WEI XU

Mr. JUI-LI YEN

Mr. SHUBIN ZHAO

Mr. HAI-RONG CAO

Temporary Chairman: JIEH-CHING CHUANG

Temporary Secretary: JENNIFER CHUANG

The meeting was called to order by JIEH-CHING CHUANG.

The first item of business discussed was the resignation of Mr. Qi Cao, Mr. Yang Liu, Ms. Guonan Wu, Mr. Shubin Zhao as directors.

Upon motion made, seconded and unanimously carried, it was

RESOLVED: That the resignation of Mr. Qi Cao, Mr. Yang Liu, Mr. Guonan Wu, & Mr. Shubin Zhao be accepted effective immediately.

P. 1 of 3

Exhibit B

19

RESOLVED FURTHER: That new directors be elected as follows:

Mr. JIEH-CHING CHUANG

Ms. JENNIFER CHUANG

Mr. XUE-WEI XU

Mr. JUI-LI YEN

Mr. SHUBIN ZHAO


The second item discussed was to elect the Chairman.

Upon motion made, duly seconded and unanimously carried, it was

RESOLVED, that Mr. Jieh-Ching Chuang be the Chairman of REPET, INC. effective immediately.

RESOLVED FURTHER, the Chairman is in charge of the whole company operation policy, everything related to the operation of the company must be authorized by the Chairman, including HR, Finance, Purchasing, Production, Sales, The chairman will be leading the whole company to work as a complete team.


The third item discussed was to appoint Mr. Jui-Li Yen as Executive Managing Director.

Upon motion made, duly seconded and unanimously carried it was

RESOLVED, that Mr. Jui-Li Yen as the Executive Managing Director, effective immediately.


The fourth item discussed was the resignation of Mr. Shubin Zhao as CFO.

Upon motion made, duly seconded and unanimously carried, it was

RESOLVED, that the resignation of Mr. Shubin Zhao as CFO be accepted, and

RESOLVED FURTHER, that Ms. Jennifer Chuang as CFO, effective immediately.

P. 2 of 3

Exhibit B
20

The fifth item discussed was the resignation of Ms. Lucy Li as corporate secretary.

Upon motion made, duly seconded and unanimously carried, it was

RESOLVED, that the resignation of Ms. Lucy as corporate secretary be accepted, and

RESOLVED FURTHER, that Ms. Jennifer Chuang as the corporate secretary effective immediately.


DIRECTORS:

_____
JIEH-CHING CHUANG

_____
JENNIFER CHUANG

_____
XUE-WEI WU  XU

_____
JUI-LI YEN

_____
SHUBIN ZHAO


P. 3 of 3


Exhibit B
21

# MINUTES OF SPECIAL MEETING OF SHAREHOLDERS

## OF

## <u>REPET, INC.</u>

Date:    August 28, 2014

Time:    2:00 PM

Place:   Corporate office at 14207 Monte Vista Ave, Chino, CA 91710

Present:

      Mr. Jieh-Ching Chuang

      Ms. Jennifer Chuang

      Mr. Xue-Wei Xu *(on behalf of Jianying Chen)*

      Mr. Jui-Li Yen

      Mr. Shubin Zhao

      Mr. Hai-Rong Cao (on behalf of Junhong Gu, by proxy)

The special meeting of shareholders was called to order by Mr. <u>JIEH-CHING CHUANG</u> who acted as temporary Chairman.  Mrs. Jennifer Chuang acted as temporary Secretary.

At the beginning of the meeting, the chairman reported to all the shareholders the final Annual Financial Report of 2013, and the current operation & financial situation.

The first item discussed was to appoint Mr. Jui-Li Yen as **Executive Managing Director**.

Upon motion made, duly seconded and unanimously carried it was

RESOLVED, that Mr. Jui-Li Yen be the **Executive Managing Director**, effective immediately.

The second item discussed was the resignation of Mr. Qi Cao, Mr. Yang Liu, Ms. Guonan Wu, Mr. Shubin Zhao as Directors.

P. 1 of 3

Exhibit C

22

Upon motion made, seconded and unanimously carried it was

RESOLVED, that the resignation of Mr. Qi Cao, Mr. Yang Liu, Ms. Guonan Wu, Mr. Shubin Zhao be accepted effective immediately; and,

RESOLVED FURTHER, that new board of directors be elected, as below:

Mr. Jieh-Ching Chuang

Ms. Jennifer Chuang

Mr. Xue-Wei Xu

Mr. Jui-Li Yen

Mr. Shubin Zhao

The third item discussed was the resignation of Mr. Shubin Zhao as CFO.

RESOLVED, that the resignation of Mr. Shubin Zhao as CFO be accepted effective immediately.

RESOLVED FURTHER, that Ms. Jennifer Chuang as CFO, effective immediately.

The fourth item discussed was the resignation of Ms. Lucy Li as Corporate Secretary.

RESOLVED, that the resignation of Ms. Lucy Li as Corporate Secretary be accepted effective immediately;

RESOLVED FURTHER, that Jennifer Chuang to be the Corporate Secretary, effective immediately.

P. 2 of 3

Exhibit C
23

SHAREHOLDERS:

_____
Qi Cao

_____
Keng-Yuan Chang

_____
Jennifer Chuang

_____
Jieh-Ching Chuang

_____
Lih-Der Chuang

_____
Ruifeng Fu

_____
Junhong Gu

_____
Guonan Hu

_____
Qiji Li

_____
Yang Liu

~~Xuewei Xu~~  Jianying Chen

Jui-Li Fu
_____
Jui-Li Yen

_____
Shubin Zhao

P. 3 of 3

Exhibit C
24

# MINUTES OF SPECIAL MEETING OF THE DIRECTORS

## OF

## REPET, INC.

TIME:  3:00 PM

DATE:  OCT. 24, 2014

PLACE: CORPORATE OFFICE AT 14207 MONTE VISTA AVE, CHINO, CA 91710

PRESENT: MR. JIEH-CHING CHUANG

       MS. JENNIFER CHUANG

       MR. XUE-WEI XU

       MR. JUI-LI YEN

       MR. SHUBIN ZHAO


Chairman: JIEH-CHING CHUANG

Secretary: JENNIFER CHUANG


The meeting was called to order by chairman, MR. JIEH-CHING CHUANG.


The First item of business discussed was the resignation of Mr. Shubin Zhao as CEO.

Upon motion made, seconded and unanimously carried, it was

RESOLVED: That the resignation of Mr. Shubin Zhao as CEO of REPET, INC. be accepted effective immediately.

RESOLVED FURTHER: That new CEO be elected as MR. JUI-LI YEN.

P. 1 of 3

Exhibit D

25

The second item discussed was Mr. Shubin Zhao must hand-over the password of all of the related domains of the company as well as the password for e-mail hosting service.  Remove Mr. Zhao's administrator position immediately.

Upon motion made, seconded and unanimously carried, it was

RESOLVED: Mr. Shubin Zhao hands over the password of Google's domains of the company immediately.

The Third item discussed was company needs to increase capital.  Jieh-Ching Chuang will capitalize 1 million loans to the company, and issue new shares of 1,200,000 shares.

Upon motion made, seconded and unanimously carried, it was

RESOLVED: Company issue new shares of 1,200,000 shares to Jieh-Ching Chuang.

The fourth item discussed was any sell or purchase of the company shares, must be approved by the Board of Directors.

Upon motion made, seconded and unanimously carried, it was

RESOLVED: Anytime, there will be a meeting of Board of Directors held for any change of shareholders shares, and approved.

The fifth item discussed was Mr. Chuang to report to all directors about the huge loss of the company in 2013.

P. 2 of 3

Exhibit D
26

DIRECTORS:

_____

JIEH-CHING CHUANG

_____

JENNIFER CHUANG

_____

XUE-WEI XU

_____

JUI-LI YEN

_____

SHUBIN ZHAO

P. 3 of 3

Exhibit D
27

**LETTER OF RESIGNATION**

I, Shu-Bin Zhao, hereby resign as the CEO of REPET, INC. effective
immediately.

_____        _____

**Shu-Bin Zhao**                        **Date:**

## **LETTER OF RESIGNATION**

I, Shu-Bin Zhao, hereby resign as the CFO of REPET, INC. effective immediately.

_____          8/28/2016 _____
Shu-Bin Zhao                                      Date:



CHASE ◆

October 01, 2013 through October 31, 2013
Account Number:  **000000968929323**

## ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/09 | 10/09 Online Wire Transfer A/C: Bank of China Limited Head Offbeijing China 100818 Ben:/520958226016 Nanjing Elble Environmental Protectref: Nanjing Elble Environmental Protection Technology CO., Ltd./Bnf/Ams Information From Nanjing 8/24 Trn: 4300400282Es | 49,956.00 |
| 10/09 | 10/09 Online Wire Transfer Via: Hsbc Bank USA/122240861 A/C: Duke System Logistics Inc. City of Industry CA 91748 US Ref: Payback Imad: 1009B1Qgc08C016406 Trn: 4379800282Es | 203,840.00 |
| 10/10 | 10/10 Online Transfer To Chk ...1536 Transaction#: 3527530969 | 120,000.00 |
| 10/11 | 10/11 Online Transfer To Chk ...1536 Transaction#: 3529887374 | 180,000.00 |
| 10/11 | ADP Payroll Fees ADP - Fees 2Rsod   2630634 CCD ID: 9659605001 | 113.00 |
| 10/15 | 10/15 Online Transfer To Chk ...1536 Transaction#: 3535274451 | 10,000.00 |
| 10/16 | ADP TX/Fincl Svc ADP - Tax  692033355172Sod CCD ID: 9333006057 | 22,723.42 |
| 10/16 | ADP TX/Fincl Svc ADP - Tax  Rpsod 101620A01 CCD ID: 1223006057 | 4,622.41 |
| 10/18 | ADP Payroll Fees ADP - Fees 2Rsod   2911187 CCD ID: 9659605001 | 92.50 |
| 10/22 | 10/22 Online Transfer To Chk ...1536 Transaction#: 3546940359 | 45,000.00 |
| 10/23 | 10/23 Transfer To Chk Xxxxxx1536 | 72,000.00 |
| 10/23 | ADP TX/Fincl Svc ADP - Tax  455018825681Sod CCD ID: 9333006057 | 5,699.52 |
| 10/24 | 10/24 Online Transfer To Chk ...1536 Transaction#: 3550007539 | 28,000.00 |
| 10/25 | 10/25 Online Transfer To Chk ...1536 Transaction#: 3552534611 | 50,000.00 |
| 10/25 | Small Business  Icpayment  00450991551005  PPD ID: 1131414876 | 1,283.67 |
| 10/25 | ADP Payroll Fees ADP - Fees 2Rsod   3211810 CCD ID: 9659605001 | 113.00 |
| 10/28 | 10/28 Online Transfer To Chk ...1536 Transaction#: 3556747408 | 105,000.00 |
| 10/29 | 10/29 Online Transfer To Chk ...1536 Transaction#: 3558170119 | 105,000.00 |
| 10/31 | 10/31 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jieh-Ching Chuang Chula Vista CA 91910 US Ref: Loan Payback Plus Interest Imad: 1031B1Qgc08C011842 Trn: 4631600304Es | 202,000.00 |
| **Total Electronic Withdrawals** | | **$1,999,241.45** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/09 | Withdrawal | $5,753.36 |
| 10/15 | Account Analysis Settlement Charge | 183.01 |
| **Total Fees & Other Withdrawals** | | **$5,936.37** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 10/01 | $8,141.59 | 10/15 | 30,600.94 |
| 10/02 | 35,738.71 | 10/16 | 3,255.11 |
| 10/03 | 82,756.87 | 10/18 | 3,162.61 |
| 10/04 | 12,756.87 | 10/22 | 8,162.61 |
| 10/07 | 24,945.83 | 10/23 | 2,463.09 |
| 10/08 | 19,246.31 | 10/24 | 2,463.09 |
| 10/09 | 9,696.95 | 10/25 | 1,066.42 |
| 10/10 | 9,696.95 | 10/28 | 1,066.42 |
| 10/11 | 9,583.95 | 10/29 | 1,066.42 |

Page 3 of 6

 **CHASE** ⬡

November 30, 2013 through December 31, 2013
Primary Account: **000003444331536**



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/02 | Mbfs.Com Auto Pay PPD ID: 8751436001 | $1,683.78 |
| 12/03 | 12/03 Online Transfer To Chk ...9323 Transaction#: 3622090364 | 20,000.00 |
| 12/04 | Verizon Wireless Payments PPD ID: 4223344794 | 492.12 |
| 12/05 | Prematic Corp Ins. Prem PPD ID: 9623957811 | 899.33 |
| 12/06 | ADP Payroll Fees ADP - Fees 2Rxrh 5175449 CCD ID: 9659605001 | 109.38 |
| 12/09 | Wells Fargo Loan/Lease 000000029679077 Tel ID: Wfefimsg11 | 2,324.28 |
| 12/17 | 12/17 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet - Inv 3556/3557 Trn: 4429800351Es | 21,378.70 |
| 12/17 | 12/17 Online Wire Transfer A/C: Industrial And Commercial Bankbeijing China Prc Ben/4301028709814102541 Nanjing Elble Environmental Protectref: From Repet - Prepayment 10Percent For Contract Pteb13101601/Bnf/Nanjing Elble Environmental Protection Technology CO., Ltd. Trn: 4430100351Es | 9,719.80 |
| 12/18 | Chase Autopay 000000000052553 PPD ID: 4760039224 | 2,597.61 |
| 12/20 | ADP Payroll Fees ADP - Fees 2Rxrh 5762121 CCD ID: 9659605001 | 25.00 |
| 12/23 | 12/23 Online Wire Transfer A/C: Industrial And Commercial Bankbeijing China Prc Ben/4301028709814102541 Nanjing Elble Environmental Protectref: From Repet - Machinery Payment/Bnf/Nanjing Elble Environmental Protection Technology CO., Ltd. Trn: 3002800357Es | 52,000.00 |
| 12/23 | 12/23 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1868 2ND Payment Ssn: 0476441 Trn: 4924800357Es | 90,000.00 |
| 12/24 | 12/24 Online Wire Transfer Via: Far Est Natl LA/122034103 A/C: Repet Inc Chino CA 91710 US Ref: From Repet To Fenb Lockbox Imad: 1224B1Qgc01C009850 Trn: 4333000358Es | 170,000.00 |
| 12/24 | Mbfs.Com Auto Pay PPD ID: 8751436001 | 400.00 |
| 12/26 | Chase Autopaysfp PPD ID: 4760039224 | 34,632.82 |
| 12/26 | The Gas Company Paid Scgc 1047249151 Web ID: 8882052494 | 6,158.55 |
| 12/30 | 12/30 Online Transfer To Chk ...9323 Transaction#: 3666901690 | 16,000.00 |
| 12/30 | T.M.C.C Loan Pmt 00167378420001 Web ID: 4953775816 | 660.46 |
| 12/30 | California Dir Dir 312668965 CCD ID: 1943160882 | 658.33 |
| 12/31 | 12/31 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet - 3562 3563 3566 3567 And 3568 Partial Trn: 4256800365Es | 50,000.00 |
| **Total Electronic Withdrawals** | | **$479,740.16** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/04 | Service Charges For The Month of November | $50.00 |
| **Total Fees & Other Withdrawals** | | **$50.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 12/02 | $32,030.74 | 12/09 | 42,492.49 |
| 12/03 | 131,529.36 | 12/10 | 1,411.21 |
| 12/04 | 36,793.85 | 12/11 | 7,881.17 |
| 12/05 | 53,125.48 | 12/12 | 68,182.50 |
| 12/06 | 53,016.10 | 12/13 | 106,643.00 |

Exhibit G
31


**CHASE**

January 01, 2014 through January 31, 2014
Primary Account: **000003444331536**



Shubin Zhao  Card 8683

| | | |
|---|---|---:|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,408.48 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,408.48 |
| | Total Card Deposits & Credits | $0.00 |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/02 | Mbfs.Com      Auto Pay         PPD ID: 8751436001 | $1,683.78 |
| 01/06 | 01/06 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1868 Balance Payment Ssn: 0322072 Trn: 4214100006Es | 31,875.00 |
| 01/06 | Prematic Corp    Ins. Prem        PPD ID: 9623957811 | 899.33 |
| 01/06 | Verizon Wireless Payments          PPD ID: 4223344794 | 532.20 |
| 01/07 | 01/07 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1896 1St Payment Ssn: 0332087 Trn: 4108100007Es | 55,000.00 |
| 01/07 | 01/07 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet - Inv3568-3572 Trn: 4186300007Es | 40,000.00 |
| 01/07 | 01/07 Online Wire Transfer Via: Far Est Natl LA/122034103 A/C: Repet Inc Chino CA 91710 US Ref: Transfer To Fenb Lockbox Imad: 0107B1Qgc01C013629 Trn: 4508400007Es | 300,000.00 |
| 01/07 | 01/07 Payment To Chase Card Ending IN 5791 | 15,000.00 |
| 01/09 | 01/09 Online Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Hong Kong Ben: Qingdao China Silk Trading Logqingdao Cn Ref: From Repet - Contract USA-20131217/Bnf/Qingdao China Silk Tradingssn: 0343164 Trn: 3802900009Es | 19,680.00 |
| 01/10 | 01/10 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1896 3Rd Payment Ssn: 0378745 Trn: 4040900010Es | 50,000.00 |
| 01/10 | 01/10 Online Wire Transfer A/C: Bank of China Limited Head Offbeijing China 100818 Ben:/520958226016 Nanjing Elble Environmental Protectref: Nanjing Elble Environmental Protection Technology CO., Ltd. Trn: 4041000010Es | 30,000.00 |
| 01/10 | 01/10 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet - 3572 3573 3574 3578 3579 Trn: 4378300010Es | 51,318.60 |
| 01/10 | 01/10 Payment To Chase Card Ending IN 5791 | 15,000.00 |
| 01/13 | 01/13 Online Wire Transfer A/C: Bank of China Limited Head Offbeijing China 100818 Ben:/520958226016 Nanjing Elble Environmental Protectref: Nanjing Elble Environmental Protection Technology CO., Ltd. Trn: 4398700013Es | 30,000.00 |
| 01/13 | 01/13 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet - 3581 3582 3583 3587 3588 Trn: 4437000013Es | 50,000.00 |
| 01/16 | 01/16 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1896 Balance Ssn: 0408270 Trn: 4383000016Es | 62,880.00 |
| 01/17 | 01/17 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet - Payment Trn: 4160700017Es | 100,000.00 |
| 01/17 | 01/17 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1913 1St Payment Ssn: 0391148 Trn: 4161000017Es | 100,000.00 |

Page 5 of 16


**CHASE**

January 01, 2014 through January 31, 2014

Primary Account: **000003444331536**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/17 | 01/17 Online Wire Transfer Via: Far Est Natl LA/122034103 A/C: Repet Inc Chino CA 91710 US Ref: Transfer To Fenb Lockbox Imad: 0117B1Qgc01C005306 Trn: 4314900017Es | 210,000.00 |
| 01/21 | Chase        Autopay        PPD ID: 4760039224 | 11,441.95 |
| 01/23 | 01/23 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Jieh-Ching Chuang Chula Vista CA 91910 US Ref: Interest of 1Million Till Jan 10th Imad: 0123B1Qgc08C007689 Trn: 3957500023Es | 8,626.00 |
| 01/24 | 01/24 Book Transfer Debit A/C: Emf International LLC San Diego, CA 921546243 Ref: From Repet Trn: 4298100024Es | 50,000.00 |
| 01/24 | 01/24 Online Wire Transfer Via: Hsbc Bank USA, N.A./0108 A/C: Hongkong And Shanghai Banking Hong Kong Ben: Qingdao China Silk Trading Logqingdao Cn Ref: From Repet - Zs1401 Balance Ssn: 0428308 Trn: 4298000024Es | 4,100.00 |
| 01/24 | 01/24 Online Wire Transfer Via: Union Bank NA/0049 A/C: Cedarwood Young CO. Dba Allan Baldwin Park CA 91706 US Ref: From Repet - PO1913 4th Payment Ssn: 0428354 Trn: 4298500024Es | 50,000.00 |
| 01/24 | 01/24 Online Wire Transfer A/C: Bank of China Limited Head Offbeijing China 100818 Ben:/520958226016 Nanjing Elble Environmental Protectref: Nanjing Elble Environmental Protection Technology CO., Ltd. Trn: 4379600024Es | 30,000.00 |
| 01/24 | The Gas Company  Paid Scgc 1047249151      Web ID: 8882052494 | 5,729.79 |
| 01/24 | Mbfs.Com       Auto Pay         PPD ID: 8751436001 | 400.00 |
| 01/27 | Chase        Autopaysfp         PPD ID: 4760039224 | 23,232.04 |
| 01/28 | T.M.C.C        Loan Pmt   00167378420001 Web ID: 4953775816 | 660.46 |
| 01/29 | California Dir  Dir     312668965     CCD ID: 1943160882 | 658.33 |
| 01/30 | 01/30 Online Wire Transfer Via: Far Est Natl LA/122034103 A/C: Repet Inc Chino CA 91710 US Ref: Transfer To Fenb Lockbox Imad: 0130B1Qgc05C011061 Trn: 4349600030Es | 100,000.00 |
| **Total Electronic Withdrawals** | | **$1,448,717.48** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06 | Service Charges For The Month of December | $508.00 |
| **Total Fees & Other Withdrawals** | | **$508.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/02 | -$16,722.89 | 01/17 | 78,856.55 |
| 01/03 | 36,552.90 | 01/21 | 178,500.91 |
| 01/06 | 33,359.47 | 01/22 | 76,166.88 |
| 01/07 | 13,029.67 | 01/23 | 93,234.75 |
| 01/08 | 75,915.95 | 01/24 | 40,655.10 |
| 01/09 | 54,323.06 | 01/27 | 111,555.71 |
| 01/10 | 54,556.57 | 01/28 | 104,260.95 |
| 01/13 | 8,241.57 | 01/29 | 107,836.09 |
| 01/14 | 170,477.21 | 01/30 | 7,836.09 |
| 01/15 | 105,255.28 | 01/31 | -63,470.28 |
| 01/16 | 93,857.43 | | |

Exhibit H

33



May 31, 2014 through June 30, 2014
Primary Account: **000003444331536**



Shubin Zhao  Card 8683

| | | |
|---|---|---:|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $261.17 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $261.17 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/02 | 06/02 Online Wire Transfer Via: Bk Sinopac LA/122043071 A/C: Bank Sinopac, Los Angeles Branlos Angeles CA 90071 US Imad: 0602B1Qgc06C006456 Trn: 4983300153Es | $350,000.00 |
| 06/02 | Mbfs.Com      Auto Pay           PPD ID: 8751436001 | 1,683.78 |
| 06/03 | Wells Fargo Bank ACH/PPD           PPD ID: Wfefimsg11 | 1,367.97 |
| 06/03 | Wells Fargo Bank ACH/PPD           PPD ID: Wfefimsg11 | 1,235.35 |
| 06/03 | Wells Fargo Bank ACH/PPD           PPD ID: Wfefimsg11 | 1,008.53 |
| 06/03 | Wells Fargo Bank ACH/PPD           PPD ID: Wfefimsg11 | 617.68 |
| 06/05 | Prematic Corp    Ins. Prem        PPD ID: 9623957811 | 899.33 |
| 06/05 | Verizon Wireless Payments          PPD ID: 4223344794 | 471.65 |
| 06/06 | T.M.C.C      Loan Pmt  00166970910001 Web ID: 4953775816 | 332.50 |
| 06/17 | 06/17 Online Wire Transfer A/C: Bank of China Limited Head Offbeijing China 100818 Ben:/520958226016 Nanjing Elble Environmental Protectref: Nanjing Elble Environmental Protection Technology CO., Ltd./Bnf/Nanjing Elble Environmental Protection Technology CO., Ltd. Trn: 4043200168Es | 40,856.00 |
| 06/18 | 06/18 Online Wire Transfer Via: Far Est Natl LA/122034103 A/C: Repet Inc Chino CA 91710 US Ref: Transfer To Fenb Lockbox Imad: 0618B1Qgc01C008949 Trn: 4171000169Es | 200,000.00 |
| 06/18 | 06/18 Fedwire Debit Via: Wells Fargo NA/121000248 A/C: Jieh-Ching Chuang Imad: 0618B1Qgc01C010513 Trn: 4342900169Es | 700,000.00 |
| 06/23 | So Cal Edison CO Bill Paymt 331342113      Web ID: 2951240335 | 64,996.61 |
| 06/23 | The Gas Company  Paid Scgc  1047249151      Web ID: 8882052494 | 8,147.99 |
| 06/24 | Mbfs.Com      Auto Pay           PPD ID: 8751436001 | 400.00 |
| 06/25 | Chase        Autopaysfp          PPD ID: 4760039224 | 53,543.23 |
| 06/27 | California Dir   Dir      312668965      CCD ID: 1943160882 | 658.33 |
| 06/30 | T.M.C.C      Loan Pmt  00167378420001 Web ID: 4953775816 | 660.46 |
| **Total Electronic Withdrawals** | | **$1,426,879.41** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/04 | 06/04 Withdrawal | $33,500.00 |
| 06/04 | Service Charges For The Month of May | 220.00 |
| **Total Fees & Other Withdrawals** | | **$33,720.00** |

Page 5 of 14

Exhibit I
34

10/10/16 at 16:00:49.92

# REPET INC.
## Aged Receivables
### As of Oct 31, 2016

Filter Criteria includes: 1) IDs from NEE001 to NEE001; 2) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Bill To Contact<br>Telephone 1 | Invoice/CM # | 30 | 31-6 | 61- | Over 90 days | Amount Due | Date | Date Du |
|---|---|---|---|---|---|---|---|---|
| NEE001<br>Nanjing Elble Electric Co., | 5217<br>5436 | | | | 11,043.31<br>19,063.90 | 11,043.31<br>19,063.90 | 10/27/11<br>2/14/12 | 11/26/11<br>3/15/12 |
| 86-25-52756151 | | | | | | | | |
| **NEE001**<br>**Nanjing Elble Electric Co** | | | | | **30,107.21** | **30,107.21** | | |
| **Report Total** | | | | | **30,107.21** | **30,107.21** | | |

Exhibit I



**Bank SinoPac**

## NOTICE OF BORROWING

Date:           Sep 16, 2014

To:           Bank SinoPac Los Angeles Branch
              355 South Grand Avenue, Suite 4168
              Los Angeles, CA 90071

From:         Repet, Inc.
Loan No.:     50-050-219-2

Dear Sir/Madam,

1.  We refer to the Business Loan Agreement and the Promissory Note, both dated as of 6/27/2012 with a maturity date of 6/27/2013 (the "Credit Agreement"). Terms defined and the rules of construction contained in the Credit Agreement, have, unless the context otherwise requires, the same meanings and application in this Notice.

2.  We hereby request that the Borrowing be made pursuant to the Credit Agreement as follows:

| BORROWING INFORMATION | |
|---|---|
| Amount: | $84,621.30 |
| Date of Borrowing (mm/dd/yyyy): | 09/16/2014 |
| WIRE INSRUCTIONS | |
| Beneficiary Bank Name: | BANK OF CHINA, JIANGSU BRANCH |
| ABA or SWIFT Number: | BKCHCNBJ940 |
| Beneficiary Account Name: | China Jiangsu International Economic and Technical Cooperation Group, LTD |
| Beneficiary Account Number: | 4832 5823 0890 |
| Beneficiary Address (Line 1): | 10/F, CHUN FENG BLDG., 37 HUA QIAO RD., |
| Beneficiary Address (Line 2): | NANJING 210029 CHINA |
| Purpose of Funds: | Machinery parts |
| Comments/Supporting Documents: | For shipment# TGHU4371250/FEX5020370 / $20 Wire Fee |

*For multiple wires under a single Borrowing, please complete the Wire Instructions on a separate "Outgoing Funds Transfer" form*

3.  We hereby certify that (i) the representations and warranties contained in the Credit Agreement are true and correct as of the date of this Notice, and will be true and correct as of the date of the proposed Borrowing each as if made as of such dates (ii) no default has occurred as of the date hereof, nor will any default occur as a result of the proposed Borrowing (iii) all supporting document(s) provided in connection with this Notice are true and correct.

Authorized Signature                          Li Hua
Printed Name: Jennifer Chuang        LI HUA
*Signatures should be identical to those on Signature Card on record with the Bank*

| For Bank Use Only | | | |
|---|---|---|---|
| Availability: | | | |
| Confirmed With: | | | |
| Verified By: | | | |
| R.M. | LOAN OP. | SUPERVISOR | G.M. |
| | | | |

**Hua Li**

| | |
|---|---|
| **From:** | zhou@njyibei.cn |
| **Sent:** | Thursday, September 11, 2014 11:43 PM |
| **To:** | 'Yan Gao'; 's.zhao'; weiqy@njyibei.cn; 'Li'; 'nan' |
| **Cc:** | '赵总' |
| **Subject:** | 答复: 8/15美国柜的银行托收信息--单据是否要挂失 |
| **Attachments:** | bank information.doc |

李华，

我们这边已经在操作单据挂失了，预计下周一可以电放。请按发票金额将货款付至附件账户，具体账户信息见附件，这样我们拿到登报的挂失信息后就可以安排电放了。

有问题请与我们联系。

@高岩，请务必在下周一之前完成与美国船公司的沟通。

谢谢！


With Regards !

Qi Zhou

Business Dept.

Nanjing Elble Environmental Protection Technology Co.,Ltd

No.16 Ai Ling Road,MoLing Town Jiangning Development Zone,Nanjing,China

P.C211111

Tel:+86-25-52755102

Fax:+86-25-52758075

E-mail:zhou@njyibei.cn

web site: www.njyibei.cn  www.elble.cn


谢谢！

Exhibit J

 # 中国江苏国际经济技术合作集团有限公司
**China Jiangsu International Economic and Technical Cooperation Group, Ltd**

Address: 10/F, Chunfeng Bldg., 37 Huaqiao Rd., Nanjing 210029 China   Tel No.: 86-25-84712027   Fax No.: 86-25-84702644

# **T/T GUIDANCE**

TO: WHOM IT MAY CONCERN

DEAR SIRS,

KINDLY BE NOTICED THAT FOLLOWING CONDITIONS WHEN YOU T/T TO US:

**PAYEE'S BANK:** BANK OF CHINA, JIANGSU BRANCH **ADDRESS:** 148 SOUTH ZHONGSHAN ROAD, NANJING, CHINA
**SWIFT CODE:** BKCHCNBJ940 (SWIFT FIELD57)

**PAYEE'S NAME:** CHINA JIANGSU INTERNATIONAL ECONOMIC AND TECHNICAL COOPERATION GROUP, LTD

**PAYEE'S ADDRESS:** 10/F, CHUN FENG BLDG., 37 HUA QIAO RD., NANJING 210029 CHINA   TEL: 86-25-84712027   FAX: 86-25-84702644

**PAYEE'S ACCOUNT NO.:** 4832 5823 0890

THANKS FOR YOUR KIND COOOPERATION!

# PRIME *SHIPPING INTERNATIONAL, INC.*

| | BILL OF LADING |
|---|---|
| | B/L No.   PRIM26400838 |

**SHIPPER/EXPORTER: (Name, Address and IRS No.)**
CHINA JIANGSU INTERNATIONAL ECONOMIC AND
TECHNICAL COOPERATION GROUP, LTD.
10/F, CHUNFENG BLDG., 37 HUAQIAO RD., NANJING
210029 CHINA

**DOCUMENT/BOOKING No.:**
MSCUEN428999

**EXPORT REFERENCES:**

**CONSIGNEE (Name and Address)**
REPET INCORPORATED
14207 MONTE VISTA AVENUE CHINO, CA 91710
TEL: +1-909-594-5333
CONTRACTER: NAN ZHAO

**FORWARDING AGENT - REFERENCES:**
PRIME AGENCY
17595 ALMAHURST RD., SUITE 209
CITY OF INDUSTRY, CA 91748

**NOTIFY PARTY: (Name and Address)**
REPET INCORPORATED
14207 MONTE VISTA AVENUE CHINO, CA 91710
TEL: +1-909-594-5333
CONTRACTER: NAN ZHAO

**PLACE MAKE CITY OF INDUSTRY US:**
TEL 626-709-4198  FAX  626-228-2205

**PRIME AGENCY**

**17595 ALMAHURST RD., SUITE 209**

**CITY OF INDUSTRY CA 91748**

| * PRECARRIAGE BY | * PLACE OF RECEIPT |
|---|---|
| | NANJING, CHINA |

**FOR CARGO TRACING , PLS VISIT:**

**EXPORTING CARRIER (Vessel)**
ZHONG CHENG 99 V. B1434E

**PORT OF LOADING**
NANJING, CHINA

http://www.usprimeagency.com

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| LONG BEACH, USA | LONG BEACH, USA |

**FINAL DELIVERY (For Merchants Reference Only)**

| Marks & Numbers Container No. | No. of pkgs or Shipping Units | Description of Goods & Pkgs. PARTICULARS FURNISHED BY SHIPPER | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| N/M | 11 PACKAGES | SHIPPER'S LOAD, COUNT & SEAL. SMASHING KNIFE SCREEN MESH MUD PRESSER THE MACHINE PART OF GRANULATOR | 6000.00 KGS | 40.000 CBM |
| | | **TELEX RELEASE** | ON BOARD 2014/8/21 | |
| | FREIGHT PREPAID ALL IN | | | |
| | | 1X40' GP FCL CY-CY | | |

Total number of packages or containers (In Words) **TOTAL IN WORDS: ELEVEN (11) PACKAGES ONLY**

| Freight Details, Charges etc. | Prepaid | Collect | LAW AND JURISDICTION CLAUSE: |
|---|---|---|---|
| TGHU4371250/FEX5020370 | | | The Contract evidenced by or contained in this Bill of Lading shall be governed by the law of the United States of America and any claim of dispute arising hereunder or in connection herewith shall (without prejudice to the Carrier's right to commence proceedings in any other jurisdiction) be determined by the U.S. District Court for the State of California. |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed authorized or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading any local privileges and customs not withstanding.

The particulars given above as stated by shipper and the weight measure quantity, condition, contents and value of the Goods are unknown to the Carrier IN WITNESS where of the number of the number of Original Bills of Lading stated below have been signed, one of which being accomplished the other(s) to be void.

Number of original Bs/L:

| Place and date of issue: | NANJING | 2014/8/21 |
|---|---|---|

As agent of the carrier.

Declared Value $ _____, if shipper enters actual value of goods and pays the applicable ad valorem tariff rates, carrier's package limitation shall not apply.

Prime Shipping International, Inc., limits its liability to $500 per package or customary freight unit.

By _____



永豐銀行
**Bank SinoPac**

## NOTICE OF BORROWING

Date: ___10 / 24 / 14___

To:      Bank SinoPac Los Angeles Branch
         355 South Grand Avenue, Suite 4168
         Los Angeles, CA 90071

From:    Repet, Inc.
Loan No.: 50-050-219-2

Dear Sir/Madam,

1. We refer to the Business Loan Agreement and the Promissory Note, both dated as of 6/27/2012 with a maturity date of 6/27/2013 (the "Credit Agreement"). Terms defined and the rules of construction contained in the Credit Agreement, have, unless the context otherwise requires, the same meanings and application in this Notice.

2. We hereby request that the Borrowing be made pursuant to the Credit Agreement as follows:

| BORROWING INFORMATION | |
|---|---|
| Amount: | $22,000.00 |
| Date of Borrowing (mm/dd/yyyy): | 10 / 24 / 14 |
| WIRE INSTRUCTIONS | |
| Beneficiary Bank Name: | BANK OF CHINA, JIANGSU BRANCH |
| ABA or SWIFT Number: | BKCHCNBJ940 |
| Beneficiary Account Name: | China Jiangsu International Economic and Technical Cooperation Group, LTD |
| Beneficiary Account Number: | 4832 5823 0890 |
| Beneficiary Address (Line 1): | 10/F, CHUN FENG BLDG., 37 HUA QIAO RD., |
| Beneficiary Address (Line 2): | NANJING 210029 CHINA |
| Purpose of Funds: | Machinery parts |
| Comments/Supporting Documents: | PTEB14082701 & PTEB14102001 30% Down Payment |

*For multiple wires under a single Borrowing, please complete the Wire Instructions on a separate "Outgoing Funds Transfer" form.*

3. We hereby certify that (i) the representations and warranties contained in the Credit Agreement are true and correct as of the date of this Notice, and will be true and correct as of the date of the proposed Borrowing each as if made as of such dates (ii) no default has occurred as of the date hereof, nor will any default occur as a result of the proposed Borrowing (iii) all supporting document(s) provided in connection with this Notice are true and correct.

| For Bank Use Only | |
|---|---|
| Availability: | |
| Confirmed With: | |
| Verified By: | |

Li Hua

Authorized Signature
Printed Name: Jennifer Chuang LI HUA
*Signatures should be identical to those on Signature
Card on record with the Bank*

| R.M. | LOAN OP. | SUPERVISOR | G.M. |
|---|---|---|---|
| | | | |


永豐銀行
**Bank SinoPac**

## NOTICE OF BORROWING

Date:  01/12/15

To:  Bank SinoPac Los Angeles Branch
355 South Grand Avenue, Suite 4168
Los Angeles, CA 90071

From:  Repet, Inc.
Loan No.:  50-050-219-2

Dear Sir/Madam,

1. We refer to the Business Loan Agreement and the Promissory Note, both dated as of 6/27/2012 with a maturity date of 6/27/2013 (the "Credit Agreement"). Terms defined and the rules of construction contained in the Credit Agreement, have, unless the context otherwise requires, the same meanings and application in this Notice.

2. We hereby request that the Borrowing be made pursuant to the Credit Agreement as follows:

| BORROWING INFORMATION | |
| --- | --- |
| Amount: | $71,667.00 |
| Date of Borrowing (mm/dd/yyyy): | 01/12/15 |
| **WIRE INSTRUCTIONS** | |
| Beneficiary Bank Name: | BANK OF CHINA, JIANGSU BRANCH |
| ABA or SWIFT Number: | BKCHCNBJ940 |
| Beneficiary Account Name: | China Jiangsu International Economic and Technical Cooperation Group, LTD |
| Beneficiary Account Number: | 4832 5823 0890 |
| Beneficiary Address (Line 1): | 10/F, CHUN FENG BLDG., 37 HUA QIAO RD., |
| Beneficiary Address (Line 2): | NANJING 210029 CHINA |
| Purpose of Funds: | Machinery parts |
| Comments/Supporting Documents: | PTEB14082701 & PTEB14102001 Balance / $20 Wire Fee |

*For multiple wires under a single Borrowing, please complete the Wire Instructions on a separate "Outgoing Funds Transfer" form.*

3. We hereby certify that (i) the representations and warranties contained in the Credit Agreement are true and correct as of the date of this Notice, and will be true and correct as of the date of the proposed Borrowing each as if made as of such dates (ii) no default has occurred as of the date hereof, nor will any default occur as a result of the proposed Borrowing (iii) all supporting document(s) provided in connection with this Notice are true and correct.

Li Hua

Authorized Signature
Printed Name: Jennifer Chuang   LI HUA
*Signatures should be identical to those on Signature
Card on record with the Bank*

| For Bank Use Only | | | |
| --- | --- | --- | --- |
| Availability: | | | |
| Confirmed With: | | | |
| Verified By: | | | |
| | | | |
| R.M. | LOAN OP. | SUPERVISOR | G.M. |

Exhibit L
41



永豐銀行
**Bank SinoPac**

# NOTICE OF BORROWING

Date: July 22, 2014

To: Bank SinoPac Los Angeles Branch
355 South Grand Avenue, Suite 4168
Los Angeles, CA 90071

From: Repet, Inc.
Loan No.: 50-050-219-2

Dear Sir/Madam,

1. We refer to the Business Loan Agreement and the Promissory Note, both dated as of 6/27/2012 with a maturity date of 6/27/2013 (the "Credit Agreement"). Terms defined and the rules of construction contained in the Credit Agreement, have, unless the context otherwise requires, the same meanings and application in this Notice.

2. We hereby request that the Borrowing be made pursuant to the Credit Agreement as follows:

| BORROWING INFORMATION | |
|---|---|
| Amount: | $20,000.00 |
| Date of Borrowing (mm/dd/yyyy): | 07/22/2014 |
| WIRE INSRUCTIONS | |
| Beneficiary Bank Name: | Bank of China Limited |
| ABA or SWIFT Number: | BKCHCNBJ940 |
| Beneficiary Account Name: | Nanjing Elble Environmental Protect |
| Beneficiary Account Number: | 520958226016 |
| Beneficiary Address (Line 1): | No. 16 AiLing Road, Moling Town, Jiangning |
| Beneficiary Address (Line 2): | Nanjing, China |
| Purpose of Funds: | Vendor |
| Comments/Supporting Documents: | YB1406 & YB1407 |

*For multiple wires under a single Borrowing, please complete the Wire Instructions on a separate "Outgoing Funds Transfer" form.*

3. We hereby certify that (i) the representations and warranties contained in the Credit Agreement are true and correct as of the date of this Notice, and will be true and correct as of the date of the proposed Borrowing each as if made as of such dates (ii) no default has occurred as of the date hereof, nor will any default occur as a result of the proposed Borrowing (iii) all supporting document(s) provided in connection with this Notice are true and correct.

| For Bank Use Only | |
|---|---|
| Availability: | |
| Confirmed With: | |
| Verified By: | |

Li Hua

Authorized Signature    LI HUA
Printed Name:
*Signatures should be identical to those on Signature
Card on record with the Bank*

| R.M. | LOAN OP. | SUPERVISOR | G.M. |
|---|---|---|---|
| | | | |

| Invoice No. | Elble Amount | Repet Amount | Repet Payment Date | Repet Payment Amount | Note | Elble Lawsuit Amount |
|---|---|---|---|---|---|---|
| YB130517 | $ 91,684.00 | N/A | N/A | N/A | No Records on Repet | $ 30,841.19 |
| YB130622 | $ 101,762.00 | N/A | N/A | N/A | No Records on Repet | $ 101,762.00 |
| YB130807 | $ 59,418.00 | N/A | N/A | N/A | No Records on Repet | $ 59,418.00 |
| YB130824 | $ 49,956.00 | $ 49,956.00 | 10/9/2013 | $ (49,956.00) | Payment 1 | $ 49,956.00 |
| YB140110 | $ 102,248.00 | $ 102,247.40 | 12/17/2013 | $ (9,719.80) | | $ 102,248.00 |
| YB140123-01 | $ 20,640.00 | $ 20,640.00 | 12/23/2013 | $ (52,000.00) | | $ 20,640.00 |
| YB140123-02 | $ 10,860.00 | $ 10,860.00 | 1/10/2014 | $ (30,000.00) | | $ 10,860.00 |
| YB140616 | $ 62,396.00 | $ 62,396.00 | 1/13/2014 | $ (30,000.00) | Payment 2 | $ 62,396.00 |
| YB1404 | $ 10,000.00 | $ 10,000.00 | 1/24/2014 | $ (30,000.00) | | |
| YB1405 | $ 10,000.00 | $ 10,000.00 | 6/17/2014 | $ (40,856.00) | | |
| | | | | $ (23,567.60) | | |
| Subtotal | $ 216,144.00 | $ 216,143.40 | Repet AR offset | $ (216,143.40) | | |
| YB140815-1 | $ 84,601.30 | $ 84,601.30 | 9/16/2016 | $ (84,601.30) | Payment 3 | $ 84,601.30 |
| YB1407 | $ 10,000.00 | $ 10,000.00 | 7/22/2014 | $ (20,000.00) | Payment 4 | |
| YB1406 | $ 10,000.00 | $ 10,000.00 | | | | |
| YB141205 | $ 93,647.00 | $ 93,647.00 | 10/24/2014 | $ (22,000.00) | | $ 93,647.00 |
| | | | 1/12/2015 | $ (71,647.00) | Payment 5 | |
| | | | | | | $ 616,369.49 |