1  Anthony J. Dain (Bar No. 98947)
2  anthony.dain@procopio.com
   PROCOPIO, CORY, HARGREAVES &
3     SAVITCH LLP
4  525 B Street, Suite 2200
   San Diego, CA  92101
5  Telephone: 619.238.1900
   Facsimile: 619.235.0398
6
   Attorneys for Defendant, RePet, Inc., a California
7  corporation

8                UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11  NANJING ELBLE ENVIRONMENTAL          Case No. 5:16-cv-2030-RSWL-SP
    PROTECTION TECHNOLOGY CO.,
12  LTD.,
                                         **DECLARATION OF JIANWEN
13           Plaintiff,                   WANG IN SUPPORT OF REPET,
                                         INC.'S OPPOSITION TO
14  v.                                   PLAINTIFF'S APPLICATION
                                         FOR WRIT OF ATTACHMENT**
15  REPET, INC., a California corporation;
16  and DOES 1-20, inclusive,           Date:        November 15, 2016
                                         Time:        10:00 a.m.
17           Defendants.                 Courtroom:   4, 3rd Floor
                                         Magistrate Judge Sheri Pym
18

19

20

21

22

23

24

25

26

27

28

DOCS 124629-000002/2713695.2

## DECLARATION OF JIANWEN WANG

I, Jianwen Wang, declare:

1.   I am an attorney licensed to practice law in the People's Republic of China ("China" or "PRC") and a member of the Shanghai Faith & Fine Law Firm having offices located at 48 Zhengyi Road, Room 802, Yangpu District, Shanghai, China 200433.

2.   I am currently, and at all times relevant to this matter have been, retained by Defendant RePet, Inc. ("RePet") as Chinese counsel. I have personal knowledge of the facts recited in this declaration and if called as a witness could and would testify competently thereto.

3.   On or about October 18, 2016, I conducted an Internet research of the official China National Public Information System for Business Enterprises and obtained the screen captures of company information on Nanjing Elble Environmental Protection Technology Co., Ltd. ("Elble"), attached hereto as Exhibits A-1, A-2 and A-3.

4.   Exhibit A-1 identifies Zhao Shubin as Elble's legal representative and shareholder as of April 18, 2016.

5.   Exhibit A-2 lists the amount and dates of Zhao Shubin's investments in Elble, a foreign national.

6.   Exhibit A-3 identifies Zhao Shubin as the executive director of Elble and Zhao Shuwei as its supervisor.

7.   Exhibit A-3 further identifies Zhao Shuwei as supervisor of Elble.

8.   On or about October 27, 2016, I visited the Nanjing Jiangning offices of the China Administration of Industry and Commerce ("Nanjing Jiangning AIC"), located at 666 Jinbo Road, Jiangning District, Nanjing City, Jiangsu Province where I obtained copies of Elble's  company documents of on file with the AIC, identified as Exhibits B-1 through B-4, C-1 and D-1 through D-7, which are attached to this declaration.

1

9.     Exhibit B-1 is a duplicate copy of Nanjing Elble Electrical Co., Ltd.'s business license issued by the Nanjing AIC on June 2, 2007 wherein Zhao Shubin is identified as Elble Electrical Co., Ltd.'s shareholder and legal representative.

10.     Exhibits B-2 shows the filing particulars by Zhao Shubin with the Nanjing AIC for approval of the organization of Elble Electrical Co., Ltd., wherein Zhao Shubin was identified as the legal representative, executive director and sole shareholder of Elble Electrical Co., Ltd.

11.     Exhibit B-3 includes further filing particulars wherein Zhao Shubin was described as from Germany with an investment of One Million US dollars.

12.     Exhibit B-4 is a copy of Zhao Shubin's Germany identification document.

13.     Exhibit C-1 is a copy of the Approval of Name Change of Elble Electrical Co., Ltd. to Nanjing Elble Environmental Protection Technology Co., Ltd. issued by the Nanjing AIC on November 29, 2011.

14.     Exhibits D-1 through D-7 are Elble's Articles of Association.

15.     Exhibit D-1 identifies Zhao Shubin as Elble's shareholder and sets forth that Elble's ownership is by a sole shareholder (Chapter 1, Article 3).

16.     Exhibit D-2 sets forth that Elble will have one executive director who shall be the legal representative (Chapter 4, Article 17).

17.     Exhibit D-3 sets forth that Elble's supervisor shall not be Elble's executive director, general manager, deputy manager or personnel responsible for the financial affairs of the company (Chapter 5, Article 30)

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 6th day of November, 2016, at Shanghai, China.

*Jianwen Wang*

_____

Jianwen Wang

2

5:16-CV-2030

DOCS 124629-000002/2717496.1



A-1

http://www.jsgsj.gov.cn:58888/ecipplatform/outer_fiel/outer_fiel_queryCorpinfor_gsRelease

全国企业... | 全国法院... | 东方律师网 | 上海市律... | 全国企业... | 全国企...

# 全国企业信用信息公示系统（江苏）

拖拽上传

南京易北环保科技有限公司 统一社会信用代码：91320115660668313G

工商公示信息

电子营业执照（公示版） | 登记信息 | 备案信息 | 动产抵押登记信息 | 股权出质登记信息 | 行政处罚信息 | 经营异常信息 | 严重违法失信信息

## 基本信息

| | | | |
|---|---|---|---|
| 统一社会信用代码 | 91320115660668313G | 名称 | 南京易北环保科技有限公司 |
| 类型 | 有限责任公司（外国自然人独资） | 法定代表人 | ZHAO Shu bin |
| 注册资本 | 100万美元 | 成立日期 | 2007年06月02日 |
| 住所 | 南京市江宁区天元东路1009号6幢 | | |
| 营业期限自 | 2007年06月02日 | 营业期限至 | 2037年06月01日 |
| 经营范围 | 生产硬质合金、机械切削工具、环保加工机械和电气产品，销售自产产品。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | | |
| 登记机关 | 南京市江宁区市场监督管理局 | 核准日期 | 2016年04月18日 |
| 登记状态 | 在业 | | |

企业公示信息

## 股东（发起人）信息

股东的出资信息截止2014年2月28日。2014年2月28日之后工商只公示股东姓名，其他出资信息由企业自行公示。

| 股东/发起人类型 | 股东/发起人 | 证照/证件类型 | 证照/证件号码 | 详情 |
|---|---|---|---|---|
| 外国公民 | ZHAO Shu bin | 居住证 | **** | 详情 |

17:14
2016/10/19

Exhibit A-1





A-2

http://www.jsgsj.gov.cn:58888/ecipplatform/outer_fiei/outer_fiei_gsRelease_investorInfor.jsp

# 全国企业信用信息公示系统（江苏）

## 投资人及出资信息

| 投资人名称 | 投资人类型 | 出资方式 | 认缴出资额 | 出资时间 | 出资方式 | 实缴出资额 | 实缴时间 |
|---|---|---|---|---|---|---|---|
| ZHAO Shu bin | 外国公民 | 货币 | 15.000000万美元 | 2007年09月01日 | | 15.017800万美元 | 2007年11月19日 |
| | | | 85.000000万美元 | 2009年06月01日 | | 5.941716万美元 | 2010年04月06日 |
| | | | | | | 21.627876万美元 | 2010年08月18日 |
| | | | | | | 17.000000万美元 | 2010年08月18日 |
| | | | | | | 40.412608万美元 | 2010年08月18日 |

17:15
2016/10/19

# 企业法人营业执照

（副　本）　（1/1）

注册号　企独苏宁总副字第008652号

编号：NO 0236485

名　　称　南京易北电气有限公司

住　　所　南京市江宁科学园天元东路118号

法定代表人　ZHAO Shu bin

注册资本　100万美元

实收资本　0万美元

公司类型　有限责任公司（外国自然人独资）

经营范围　硬质合金，机械切削工具；木材，塑料行业用加工刀具及刀具夹紧系统，销售自产产品。（涉及行政许可的，凭许可证经营）

股东（发起人）　ZHAO Shu bin

成立日期　2007年6月2日

营业期限　自2007年06月02日至　2009年05月22日

登记机关

二零零七年六月一日

Exhibit B-1

6

B-2

009

## 外商投资的公司申请设立登记事项

单位: 万元

| 名称 | 南京喜光电气有限公司 | | | | | |
|---|---|---|---|---|---|---|
| 住所 | 南京海科学园天之科路118号 | | | | | |
| | 行政区划 | 江宁区 | 所在经济开发区 | 江海科学园 | | |
| 法定代表人姓名 | ZHAO Shubin | | 法定代表人职务 | 执行董事 | | |
| 公司类型 | 独资 | | 经营期限 | 30年 | | |
| 投资总额 | 100万美元 | | 注册资本 | 100万美元 | | |
| 注册资本 | 币种 | 中方 | | 折美元 | | 所占比例 |
| | 美元 | 外方 | 100万 | 折美元 | 100万 | 所占比例 100% |
| 实收资本 | 币种 | 中方 | | 折美元 | | 所占比例 |
| | | 外方 | | 折美元 | | 所占比例 |
| 经营范围 | 生产硬质合金、机械切削刀具、木材、塑料等行业用加工具及刀具夹具系统，销售自产产品。 | | | | | |
| 许可经营项目 | 无。 | | | | | |
| 设立方式 | 一般新设 | | 项目类型 | 一般企业 | | |

注: 1、行政区划填写到公司所在地县、区级。

　　2、经济开发区分为国家、省级保税区、出口加工区、高新技术开发区和科技园区、经济技术开发区，住所不属于开发区的划上"/"。

　　3、法定代表人职务选择填入：董事长、执行董事、总经理。

　　4设立方式填：一般新设、分立新设、合并新设、资产并购、股份公司发起设立、股份公司募集设立、其他设立。

　　5、项目类型填：一般企业、高新技术企业、投资性公司、创业投资企业、研发中心、地区总部、特许经营。

3



南京市江宁区工商行政管理局
2016112710090800007    2号机

B-3

010

股东出资情况表

单位：万元

| | 股东名称或姓名 | 认缴出资额 | 出资方式 | 实缴出资额 | 实缴出资方式 | 实缴出资时间 |
|---|---|---|---|---|---|---|
| 中方 | | | | | | |
| | 出资期限 | | | | | |
| | 证件类型及号码 | | | | | |
| 中方 | | | | | | |
| | 出资期限 | | | | | |
| | 证件类型及号码 | | | | | |
| 中方 | | | | | | |
| | 出资期限 | | | | | |
| | 证件类型及号码 | | | | | |
| 外方 | ZHAO Shubin | 100万美元 | 生产现汇 | | | |
| | 国别（地区） 泰国 | 出资期限 | 营业执照签出之日起二个月内缴纳至册资本的15%；余额两年内缴清。 | | | |
| | 证件类型及号码 | 泰国护照局发证：D5828681 | | | | |
| 外方 | | | | | | |
| | 国别（地区） | 出资期限 | | | | |
| | 证件类型及号码 | | | | | |
| 外方 | | | | | | |
| | 国别（地区） | 出资期限 | | | | |
| | 证件类型及号码 | | | | | |

注：本表不够填写可复印空表填写。

南京市江宁区工商行政管理局
31161027100498000HN    2号组

Exhibit B-3

8

01

# 法定代表人登记表

| 姓 名 | ZHAO Shubin | 性别 | 男 |
|---|---|---|---|
| 出生日期 | 1971 8 | 国籍 | |
| 证件号码 | 法国放弥谷站一个号码 | | D582784811 |
| 产生方式 | 委派 | 派出单位 | |
| 住 址 | 法国 | 联系电话 | 13301680788 |

TND<<ZHAO<<SHUBIN<<<<<<<<<<<<<<<<<<<<<<<<

D582784810CHN7103271M<<<<<<0<Q6083102

| 法定代表人<br>签字盖章 | Zhao Shubin |
|---|---|

南京市江宁区工商行政管理局
201610271004000009    2号机

Exhibit B-4

9

C-1    4,7½

/0

# 江苏省南京市工商行政管理局

# 名称变更核准通知书

(01210200-1)名称变更〔2011〕第11250001号

名称核准号： 320100M707229

南京市江宁区工商行政管理局

你局送审的

南京易北电气有限公司

变更为：

南京易北环保科技有限公司

已经我局核准。

该名称保留期至　　　2012-05-28　　　止。在保留期内，

至登记机关准予变更登记前不得用于经营活动，不得转让。

特此通知。

核准日期： 2011年6月29日

注：
1、本通知书在保留期过后，自动失效。
2、企业设立登记注册时，应将本通知书提交登记主管机关，存入企业档案。
3、预先核准／延期后的企业名称如果涉及法律、行政法规规定需报经审批内容的，登记主管机关办理其设立登记时，应要求企业提交相关的批准文件，如不能提交，不得以本通知核准的企业名称登记注册，企业应另行申请名称。

 南京市江宁区工商行政管理局
2016271009100158    2号机

Exhibit C-1

10

D-1

021

# 独资经营 南京易北电气有限公司

## 章　　程

### 第一章　总　则

第一条　根据《中华人民共和国外资企业法》，德商 ZHAO Shubin 于 2007 年 4 月 30 日在中国南京投资建立南京易北电气有限公司（以下简称独资公司），制定本公司章程。

第二条　独资公司名称：

外文名称：Nanjing TBS Tooling Systems Co.,Ltd.

公司法定地址：南京江宁天元东路 391 号

第三条　投资方名称、法定地址、法定代表人。

投资方的名称为：ZHAO Shubin

法定地址：南京江宁天元东路 391 号

第四条　独资公司为有限责任公司。

第五条　独资公司为中国法人，受中国法律管辖和保护。

其一切活动必须遵守中国的法律、法令和有关条例规定。

### 第二章　宗旨、经营范围

第六条　独资公司宗旨为："世界品质,全球共享"

第七条　独资公司经营范围：生产硬质合金、机械切削工具，木材、塑料等行业用加工刀具及刀具夹紧系统，销售自产产品。

第八条　独资公司生产规模为：1000 万元人民币/年

第九条　独资公司向国内，国外市场销售其产品。国内，国外销售比例和数量：国内 40%，国外 60%。

销售渠道、方法、责任：自主销售。

### 第三章　投资总额和注册资本

第十条　独资公司的投资总额为 100 万美元。

独资公司的注册资本为 100 万美元。

第十一条　投资方出资额为 100 万美元，以此作为公司的注册资本。

1


南京市江宁区工商行政管理局
20161027100000000015　　2号机

Exhibit D-1

11

D-2

022

投资方的出资方式为美元现汇。

第十二条　　投资方的出资期限为在领取营业执照后的三个月内到位出资额的15%，其余部分在两年内缴清。

第十三条　　投资方缴付出资额后，经独资公司聘请的会计师验资，出具验资报告后，由独资公司据以发给出资证明书。出资证明书主要内容是：独资公司名称，成立日期，投资者名称及出资额，出资日期，发给出资证明书日期等。

第十四条　　经营期内，独资公司不得减少注册资本数额。

第十五条　　独资公司注册资本增加须经投资方同意，并经南京市江宁区对外贸易经济合作局批准。

第十六条　　独资公司注册资本的增加、转让，投资方决议后，报南京市江宁区对外贸易经济合作局批准，并向南京市江宁区工商行政管理局办理变更手续。

### 第四章　　执行董事和经营管理机构

第十七条　　独资公司不设董事会。设执行董事一名，由投资方委派。执行董事为公司法定代表人。任职期限三年。

第十八条　　执行董事职责主要如下：

一一决定和批准总经理提出的重要报告（如生产计划，年度营业报告，资金，贷款等）。

一一批准年度财务报表、收支预算、年度利润分配方案。

一一通过公司的重要规章制度。

一一决定设立分支机构。

一一决定聘用总经理、总工程师、总会计师、审计师等高级职员。

一一其它应由执行董事决定的重大事宜

第十九条　　以下事项需经股东批准：

一一修改公司规章。

一一讨论决定独资公司停产，终止或与另一个经济组织合并。

一一负责独资公司终止和期满时的清算工作。

第二十条　　独资公司的经营管理机构，下设生产、技术、劳资、财务、行政等部门。

第二十一条　　独资公司经营管理机构设总经理1人，副总经理1人，由执行董事聘任。总经理直接对执行董事负责，执行执行董事的各项决定。总经理组织领导独资公司的日常生产，技术和经营管理工作。副总经理协助总经理工作，当总经理不在时，代理行使总经理的职责。

第二十二条　　独资公司日常工作中重要问题的决定，应由总经理和副总经理联合签署方能生效。需要联合签署的事项，由执行董事具体规定。

2

南京市江宁区工商行政管理局

D-3

023

第二十三条　总经理、副总经理的任期为三年，经执行董事继续委任，可以连任。

第二十四条　总经理、副总经理不得兼任其他经济组织的总经理或副总经理，不得参与其他经济组织对独资公司的商业竞争行为。

第二十五条　独资公司设总工程师、总会计师和审计师各一人，由总经理聘请。

第二十六条　总工程师、总会计师、审计师由总经理领导。总会计师负责领导独资公司的财务会计工作，组织独资公司开展全面经济核算，实施经济责任制。审计师负责独资公司的财务审计工作，审查稽核独资公司的财务收支和会计帐目，向总经理提出报告。

第二十七条　总经理、副总经理请求辞职时，应提前向执行董事书面报告。总工程师、总会计师、总审计师和其他高级职员等如有营私舞弊或严重失职行业的，经总经理决议，可随时解聘，如触犯法律的，要依法追究刑事责任。

## 第五章　监事

第二十八条　公司设监事1名。监事任期三年，可连选连任。

第二十九条　监事由执行董事选举和更换。

第三十条　公司的执行董事、总经理、副总经理及财务负责人不得兼任监事。

第三十一条　监事行事下列职权：
1、　监事根据需要列席公司会议；
2、　检查公司财务；
3、　对执行董事、经理执行公司职务时违反法律、法规或者公司章程的行为进行监督；
4、　当执行董事和经理的行为损害公司的利益时，要求执行董事和经理予以纠正，必要时向股东或国家有关主管机关报告；
5、　提议召开临时会议；
6、　公司章程规定的其他职权。

第三十二条　公司监事不履行其监督义务，致使公司遭受重大经济损失的，选举他们的机构有权罢免其职务并追究其经济责任。

## 第六章　财务会计

第三十三条　独资公司的财务会计按照中华人民共和国财政部制定的《中华人民共和国企业会计制度》规定办理。

第三十四条　独资公司的会计年度采用日历年制，自一月一日起至十二月三十一日止为一个会计年度。

第三十五条　独资公司的一切凭证、帐薄、报表、用中文书写。

第三十六条　独资公司采用人民币为记帐本位币。人民币同其它货币折算，按实

3


南京市江宁区工商行政管理局

D-4

024

际发生之日中华人民共和国国家外汇管理局公布的牌价计算。

第三十七条 独资公司中国银行或其他银行开立人民币及外币帐户。

第三十八条 独资公司采用国际通用的权债发生制和借贷记帐法记帐。

第三十九条 独资公司财务会计帐册上应记载如下内容：

　　1. 独资公司所有的现金收入、支出数量。

　　2. 独资公司所有的物资出售及购入情况。

　　3. 独资公司注册资本及负债情况。

　　4. 独资公司注册资本的缴纳时间，增加及转让情况。

第四十条 独资公司财务部门应在每一个会计年度头三个月编制上一个会计年度的资产负债表和损益计算书，经审计师审核签字后，提交执行董事通过。

第四十一条 投资方有权自费聘请审计师查阅独资公司的帐薄。查阅时，独资公司应提供方便。

第四十二条 独资公司按照《中华人民共和国外商投资企业和外国企业所得税法》及其实施细则的规定决定其固定资产的折旧年限。

第四十三条 独资公司的一切外汇事宜，按照《中华人民共和国外汇管理暂行条例》的有关规定办理。

## 第七章　　利润分配

第四十四条 独资公司依法缴纳所得税和提取各项基金后的利润，全部归投资方所有，由投资方进行分配。但经投资方同意另行规定者除外。

第四十五条 独资公司从缴纳所得税后的利润中提取储备基金，企业发展基金和职工奖励及福利基金。提取的比例由执行董事确定。

第四十六条 独资公司每年分配利润一次，每个会计年度后三个月内公布利润分配方案及各方应分的利润额。

第四十七条 独资公司上一个会计年度亏损不弥补前不得分配利润，上一个会计年度未分配的利润，不可并入本会计年度利润分配。

## 第八章　　职　　工

第四十八条 独资公司职工的雇用、解雇、辞退、工资、福利、劳动保险、劳动保护、劳动纪律等事宜，按照《中华人民共和国外商投资企业劳动管理规定》及其实施办法办理。

第四十九条 独资公司所需要的职工，可以由当地劳动部门推荐，或者经劳动部门同意后，由独资公司公开招收，但一律通过考试，择优录用。

第五十条 独资公司有权对违反独资公司的规章制度和劳动纪律的职工给予警告、记过、降薪的处分，情节严重，可予以开除。对开除、处分的职工，报

4



南京市江宁区工商行政管理局

D-5

当地劳动部门备案。

第五十一条　　职工的工资待遇，参照中国有关规定，根据独资公司具体情况，由总经理确定，并在劳动合同中具体规定。

第五十二条　　独资公司随着生产的发展，职工业务能力和技术水平的提高，适当提高职工的工资。

第五十三条　　职工福利、奖金、劳动保险和劳动保护等事宜，独资公司将分别在各项制度中加以规定，确保职工在正常条件下从事生产和工作。

## 第九章　　工会组织

第五十四条　　独资公司职工有权按照《中华人民共和国工会法》的规定，建立工会组织，开展工会活动。

第五十五条　　独资公司工会是职工利润的代表，它的任务是：　依法维护职工的民主权利和物质利益，协助独资公司安排和合理使用福利、奖励基金。组织职工学习政治、业务、科学、技术知识。开展文艺，体育活动。教育职工，遵守劳动纪律，努力完成独资公司的各项经济任务。

第五十六条　　独资公司工会代表职工和独资公司签订劳动合同，并监督合同的执行。

第五十七条　　独资公司工会负责人有权列席有关讨论独资公司的发展计划，生产经营活动等问题的会议，反应职工的意见和要求。

第五十八条　　独资公司工会参加调解职工和独资公司之间发生的争议。

第五十九条　　独资公司每月按独资公司职工实际工资总额的百分之二拨交工会经费。独资公司按照中国全国总工会制定的《工会经费管理办法》使用工会经费。

## 第十章　　期限、终止、清算

第六十条　　独资期限为 30 年，自营业执照签发之日起计算。

第六十一条　　投资方如同意延长独资期限，经投资方作出决议，应在经营期满前六个月，向南京市江宁区对外贸易经济合作局提交书面申请，经批准后方能延长，并在南京市江宁区工商行政管理局办理变更登记手续。

第六十二条　　投资方如认为终止独资符合最大利益时，可提前终止经营。

独资公司提前终止，需由投资方决定，并报南京市江宁区对外贸易经济合作局批准。

第六十三条　　发生下列情况之一时，投资方有权依法终止独资。

1. 经营期限届满。
2. 企业发生严重亏损，无力继续经营的。

5


南京市江宁区工商行政管理局

Exhibit D-5

15

D-6

026

3. 发生不可抗拒的外来因素，致使企业遭受严重损失而无法继续经营的。

4. 由于客观形势有极大变化，独资企业未达到经营目的，同时又无发展前途和存在的必要。

第六十四条 经营期满或终止经营时，执行董事应提出清算程序、原则和清算委员会人选，组成清算委员会，对独资公司财产进行清算。

第六十五条 清算委员会任务是对独资公司的财产，债权，债务进行全面清查，编制资产负债表和财产目录，制定清算方案，提请总经理执行。

第六十六条 清算期间，清算委员会代表公司起诉或应诉。

第六十七条 清算费用和清算委员会的酬劳应从公司现存财产中优先支付。

第六十八条 清算委员会对独资公司的债务全部清算后，其剩余的财产全部归投资方所有，由投资方进行分配。

第六十九条 清算结束后，独资公司应向南京市江宁区对外贸易经济合作局提出报告，并向南京市江宁区工商行政管理局办理注销登记手续，缴回营业执照，同时对外公告。

第七十条 独资公司结业后，其各种帐册，由南京市江宁区对外贸易经济合作局保存。

### 第十一章 规章制度

第七十一条 独资公司制定的规章制度有：

1. 经营管理制度，包括所属各个管理部门的职权与工作程序。
2. 职工手续。
3. 劳动工资制度。
4. 职工考勤，升级与奖惩制度。
5. 职工福利制度。
6. 财务制度。
7. 公司解散时的清算程序。
8. 其他必要的规章制度。

### 第十二章 附则

第七十二条 本章程的修改必须经执行董事决定，并报南京市江宁区对外贸易经济合作局批准。

第七十三条 本章程用中文书写。

第七十四条 本章程须经南京市江宁区对外贸易经济合作局批准才能生效，修改时同。

6



Exhibit D-6

16

D-7

027

投资方:

zhaoshubin

2007 年6月12日

南京市江宁区工商行政管理局

Exhibit D-7

17