Anthony J. Dain (Bar No. 98947)
anthony.dain@procopio.com
Procopio, Cory, Hargreaves
 & Savitch LLP
525 B Street, Suite 2200
San Diego, CA  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant, RePET, Inc., a California
corporation

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NANJING ELBLE ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> REPET, INC., a California corporation; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 5:16-cv-2030-RSWL-SP <br><br> **DECLARATION OF HEATHER A. CAMERON IN SUPPORT OF REPET, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR WRIT OF ATTACHMENT** <br><br> Date:            November 15, 2016 <br> Time:            10:00 a.m. <br> Courtroom:      4, 3rd Floor <br> Magistrate Judge Sheri Pym <br><br> Judge:      Ronald S.W. Lew <br> Complaint Filed: September 23, 2016 |

DOCS 124629-000002/2718688.1

I, Heather A. Cameron, declare as follows:

1.      I am an attorney duly authorized to appear before this Court. I am an attorney with the law firm of Procopio, Cory, Hargreaves & Savitch, LLP, counsel of record for REPET, INC., a California corporation (hereafter "REPET" or "Defendant"), Defendant in the above-captioned matter. I have personal knowledge of the matters contained in this declaration, and, if called upon to testify, would competently do so.

2.      This declaration is made in support of Defendant RePET's Opposition to Plaintiff's Application for Writ of Attachment.

3.      Attached hereto as Exhibit "1" are certified English translations of Exhibits A-1, A-2 and A-3 which are exhibits originally composed in the Mandarin language and which are attached to the Declaration of Jessica Jianwen Wang filed concurrently, herewith.

4.      Attached hereto as Exhibit "2" are certified English translations of Exhibits B-1, B-2, B-3 and B-4 which are exhibits originally composed in the Mandarin language and which are attached to the Declaration of Jessica Jianwen Wang filed concurrently, herewith.

5.      Attached hereto as Exhibit "3" is a certified English translation of Exhibit C-1, which is an exhibit originally composed in the Mandarin language and which is attached to the Declaration of Jessica Jianwen Wang filed concurrently, herewith.

6.      Attached hereto as Exhibit "4" are certified translations of Exhibits D-1, D-2, D-3, D-4, D-5, D-6 and D-7 which are exhibits originally composed in the Mandarin language and which are attached to the Declaration of Jessica Jianwen Wang filed concurrently, herewith.

7.      Attached hereto as Exhibit "5" is the Certification of the federal court registered interpreter, Samuel Shen Chong, who completed the translations of these documents from the Mandarin language into the English language.

2

1    I declare under penalty of perjury under the laws of the United States of

2  America and the laws of the state of California that the foregoing is true and correct.

3    Executed on this 7th day of November 2016 in San Diego, California.

4

5                                             Heather A. Cameron

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DOCS 124629-000002/2718688.1

# China National Public Information System for Business Enterprises (Jiangsu)

Nanjing Elble Environmental Protection Technology Co., Ltd.

Uniform Social Credit Code:91320115660683413G

| Enterprise Disclosure Information | Industry & Commerce Disclosure Information | | | | |
|---|---|---|---|---|---|
| Electronic Business License (for Publicity) | Registration Information | Record Information | Chattel Mortgage Registration Information | Equity Pledge Registration Information | Administrative Penalty Information |
| | | | | | Abnormal Operation Information |
| | | | | | Serious Offense and Dishonesty Information |

## Basic Information

| | | | |
|---|---|---|---|
| Uniform Social Credit Code | 91320115660683413G | Name | Nanjing Elble Environmental Protection Technology Co., Ltd. |
| Type | Limited liability company (solely invested by foreign natural person) | Legal Representative: | ZHAO Shu bin |
| Registered Capital | $ 1 Million United States Dollars | Date of Incorporation | June 02, 2007 |
| Address | Building 6, No. 1009, Tianyuan E. Road, Jiangning District, Nanjing City | | |
| Business Period Valid | from June 02, 2007 | to | June 01, 2037 |
| Business Scope | Cemented carbide and mechanical cutting tools; environmentally friendly processing machinery and electrical products, and sales of self-produced products. (For an item subject to approval according to laws, business activities can be carried out only upon approval is granted by appropriate department) | | |
| Registration Authority | Market Supervision and Administration Bureau of Jiangning District, Nanjing City | Date of Approval | April 16, 2016 |
| Registration State | Active | | |

## Shareholder (Founder) Information

Shareholders' capital contribution information is give by February 28, 2014. The industrial and commercial information thereafter only discloses name(s) of shareholder(s), and other capital contribution information will be disclosed by the enterprise itself.

| Type of Shareholder / Sponsor | Shareholder / Sponsor | Certificate Type | Certificate No. | Details |
|---|---|---|---|---|
| Foreign citizen | ZHAO Shu Bin | Residence Permit | **** | Details |

Exhibit 1
4

# China National Public Information System for Business Enterprises (Jiangsu)

**Investor and Capital Contribution Information**

| Name of Investor | Type of Investor | Form of Capital Contribution | Subscribed Capital Contribution (United States Dollars) | Time of Capital Contribution | Form of Capital Contribution | Method of Capital Contribution (United States Dollars) | Time of Pay-in |
|---|---|---|---|---|---|---|---|
| ZHAO Shu Bin | Foreign citizen | Currency | $ 150,000 | September 01, 2007 | | $ 150,178 | November 19, 2007 |
| | | | $ 850,000 | June 01, 2009 | | $ 59,417.16 | April 06, 2010 |
| | | | | | | $ 216,278.76 | August 18, 2010 |
| | | | | | | $170,000 | August 18, 2010 |
| | | | | | | $404,126.08 | August 18, 2010 |

Exhibit 1
5

# China National Public Information System for Business Enterprises (Jiangsu)

Nanjing Elble Environmental Protection Technology Co., Ltd.          Uniform Social Credit Code:91320115660668313G

| Industry & Commerce Disclosure Information | | | | | | |
|---|---|---|---|---|---|---|
| Registration Information | Record Information | Chattel Mortgage Registration Information | Equity Pledge Registration Information | Administrative Penalty Information | Abnormal Operation Information | Serious Offense and Dishonesty Information |

**Information of Main Personnel**

| No. | Name | Title | No. | Name | Title |
|---|---|---|---|---|---|
| 1 | ZHAO Shu Bin | Executive Director | 2 | Zhao Shuwei | Supervisor |

**Information of Branch Office(s)**

<< 1 >>

**Liquidation Information**

| No. | Registration No./Uniform Social Credit Code | Name | Registration Authority |
|---|---|---|---|
| Head of Liquidation Team | | | |
| Member of Liquidation Team | | | |

Electronic Business License (for Publicity)

Public Information of Enterprise

Exhibit 1
6

# Corporate Business License

(Duplicate)   1(1)

No.: No. 0236485

Registration No. QiDuSuNingZongFuZi No. 008652

| | |
|---|---|
| **Name** | Nanjing Elble Elec Co., Ltd. |
| **Domicile** | 118, Tianyuan E. Road, Jiangning Science Park, Nanjing City |
| **Legal Representative:** | ZHAO Shu bin |
| **Registered Capital** | $ 1 Million United States Dollars |
| **Paid-in Capital** | $0 |
| **Type of Company** | Limited liability company (solely invested by foreign natural person) |
| **Business Scope** | Cemented carbide and mechanical cutting tools; processing cutters and cutter clamping systems for wood and plastic industry, and sales of self-produced products. (Do business per the license if the business is subject to administrative licensing) |
| **Shareholder (Founder)** | ZHAO Shu Bin |
| **Date of Incorporation** | June 02, 2007 |

**Business Period valid from June 02, 2007 to May 22, 2009**

## Notes

1. The "Corporate Business License" is the certificate showing that an enterprise is granted the corporate status and conducts lawful operation.

2. The "Corporate Business License" has an original copy and a duplicate copy. Both of the two copies have the same legal effect.

3. The original copy of the "Corporate Business License" shall be displayed in a conspicuous place on the premise.

4. The "Corporate Business License" shall not be forged, altered, leased, lent or transferred.

5. If there is any change in registered items, an application shall be made to the company registration authority for such change, in order to replace the Corporate Business License.

6. The license holder shall participate in the annual inspection between March 1 and June 30 of every year.

7. No business activities irrelevant to liquidation should be carried out after the "Corporate Business License" is revoked.

8. The original and duplicate copies of the "Corporate Business License" shall be returned when registration for cancellation is processed.

9. In case of loss or damage of the "Corporate Business License", its invalidation shall be declared on a newspaper as designated by the company registration authority and an application shall be made for replacement.

## Annual Inspection

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Registration authority** Nanjing Office of the China Administration of Industry and Commerce

June 2, 20007

B-1
004

Exhibit 2
7

**Application for Registration of Incorporation of Foreign Invested Company**

| Name | | Nanjing Elble Elec Co., Ltd. | | | | | |
|---|---|---|---|---|---|---|---|
| Domicile | | 118, Tianyuan E. Road, Jiangning Science and Technology Park, Nanjing City | | | | | |
| | | Administrative Division | Jiangning District | Economic Development Zone | Jiangning Science Park | | |
| Name of Legal Representative | | ZHAO Shu Bin | | Title of Legal Representative | Executive Director | | |
| Type of Company | | Sole investment | | Business Period | 30 years | | |
| Total Investment | | $ 1 Million United States Dollars | | Registered Capital | $ 1 Million United States Dollars | | |
| Registered Capital | Currency | Chinese Party | | Equivalent Dollars | | Proportion | |
| | Dollars | Foreign Party | 1 Million United States Dollars | Equivalent Dollars | 1 Million United States Dollars | Proportion | 100 % |
| Capital Received | Currency | Chinese Party | | Equivalent Dollars | | Proportion | |
| | | Foreign Party | | Equivalent Dollars | | Proportion | |
| Business Scope | | Production of cemented carbide and mechanical cutting tools, processing cutters and cutter clamping systems for wood and plastic industry, and sales of self-produced products.<br><br>Agreed<br>Nanjing City Jiangning District Bureau of Environmental Protection (official seal) | | | | | |
| Licensed Item of Business | | None | | | | | |
| Means of Establishment | | General new establishment | | Type of Item | General enterprise | | |

Note: 1. Fill in the county and district where the company locates.

2. Economic Development Zone is divided into national and provincial bonded zones, export processing zone, high-tech development zone, science and technology park, and economic and technological development zone. Mark "/" if the domicile does not belong to a development zone.

3. Fill in chairman, executive director, or general manager to Title of Legal Representative.

4. Means of Establishment refers to general new establishment, new establishment due to division, new establishment due to merger, asset M&A, establishment of stock company by promotion, establishment of stock company by stock floatation, or otherwise.

5. Type of Item refers to general enterprise, high-tech enterprise, investment company, venture capital enterprise, research and development center, regional headquarter, or franchising.

Exhibit 2
8

## Table of Capital Contribution by Shareholders

| | Name of Shareholder | Subscribed Capital Contribution | Form of Capital Contribution | Capital Contribution | Paid-in Capital | Time of Capital Contribution |
|---|---|---|---|---|---|---|
| Chinese Party | | | | | | |
| | Term of Capital Contribution | | | | | |
| | Type and Number of Certificate | | | | | |
| Chinese Party | | | | | | |
| | Term of Capital Contribution | | | | | |
| | Type and Number of Certificate | | | | | |
| Chinese Party | | | | | | |
| | Term of Capital Contribution | | | | | |
| | Type and Number of Certificate | | | | | |
| Foreign Party | ZHAO Shubin | $ 1 Million United States Dollars | USD spot exchange | | | |
| | Country (Region) | German | Term of Capital Contribution | 15% of registered capital shall be paid within 3 months as of the issued date of the Business License; and the remaining shall be paid within 2 years. | | |
| | Type and Number of Certificate | German long-term residence permit: D58278481 | | | | |
| Foreign Party | | | USD spot exchange | | | |
| | Country (Region) | | Term of Capital Contribution | | | |
| | Type and Number of Certificate | | | | | |
| Foreign Party | | | USD spot exchange | | | |
| | Country (Region) | | Term of Capital Contribution | | | |
| | Type and Number of Certificate | | | | | |

Note: Please attach additional blank form if needed.

Exhibit 2
9

## Legal Person Representative Registration Form

| Name | ZHAO Shubin | Sex | Male | |
|---|---|---|---|---|
| Date of Birth | August 1971 | Nationality | | |
| Type of Certificate | German long-term residence permit | Certificate No. | D58278481 | |
| Way of Production | Appointment | Dispatching Unit | | |
| Address | German | Tel. No. | 15301680788 | |



| Signature of Legal Representative for Filing: | Zhao Shubin |
|---|---|

Exhibit 2
10

C-1 4174

# Jiangsu Province Nanjing Office of the China Administration of Industry and Commerce

10

## Notice on Approval for Change of Name

(01210200-1) Change of Name [2011] No. 11250001

**Name Approval No.: 320100M707229**

**Nanjing Jiangning District Office of the China Administration of Industry and Commerce,**

The name

**Nanjing Elble Elec Co., Ltd.**

submitted by your office is changed to:

**Nanjing Elble Environmental Protection Technology Co., Ltd.**

The change has been approved by this Office.

The name will be reserved until May 28, 2012, during which period, before approval of registration of change by the registration authority, it shall not be used in the business activities, or transferred.

This is hereby notified the above.

Date of Approval: November 29, 2011

Special Seal of Nanjing Office of the China Administration of Industry and Commerce (seal)

Notes:
1. This Notice will be automatically invalidated after the retention period.
2. At the time of registration of establishment, this Notice shall be submitted by the enterprise to the competent registration authority for the enterprise's files.
3. For a pre-approved / extended enterprise, if the approval contents shall be submitted pursuant to the laws and administrative regulations, the competent registration authority, in handling the establishment registration, shall require the enterprise to submit related approval documents. If the enterprise fails to do so, it shall not make registration with the name approved in this Notice, but shall apply for another name.

D-1
021

# Nanjing Elble Elec Co., Ltd. of Sole Proprietorship

## Articles of Association

### Chapter One General Provisions

Article 1 In accordance with the Law of the People's Republic of China on Foreign Capital Enterprises, Germany businessman ZHAO Shubin invested and established Nanjing Elble Elec Co., Ltd. in Nanjing on April 30, 2007 (hereinafter referred to as the Sole Proprietorship). These Articles of Association are hereby formulated.

Article 2 Name of the Sole Proprietorship:

Name in English: Nanjing TBS Tooling Systems Co., Ltd.

Legal address is at 391, Tianyuan E. Road, Jiangning District, Nanjing City.

Article 3 Investor's name, legal address and legal representative.

Investor's name: ZHAO Shubin

Legal address: 391, Tianyuan E. Road, Jiangning District, Nanjing City

Article 4 The Sole Proprietorship is a limited liability company.

Article 5 The Sole Proprietorship is a Chinese legal person, and is under the jurisdiction and protection of laws of China.

It must carry on all of its activities in compliance with laws, ordinances, and regulations of China.

### Chapter Two Purpose and Scope of Business

Article 6 The purpose of the Sole Proprietorship is "World Quality and Global Sharing".

Article 7 The business scope of the Sole Proprietorship is: production of cemented carbide and mechanical cutting tools, processing cutters and cutter clamping systems for wood and plastic industry, and sales of self-produced products.

Article 8 The production scale of the Sole Proprietorship is: RMB 10 million/year.

Article 9 The Sole Proprietorship sales its products to domestic and foreign markets. Ratio and quantity of sales at home and abroad: 40% at home, and 60% abroad.

Exhibit 4
12

Sales channel, method and responsibilities: independent sales.

## Chapter Three Total Amount of Investment and Registered Capital

Article 10 The total investment of the Sole Proprietorship is in the amount of $1,000,000.

It has a registered capital of $1,000,000.

Article 11 The Investor contributed $ 1 Million United States Dollars as the registered capital of the Company.

The investor made his contribution by USD spot exchange.

Article 12 The investor shall invest 15% of the capital contribution within 3 months after the Business License is collected, and pay off the balance within two years.

Article 13 After capital contribution by the investor, and after capital verification and issuance of a capital verification report by the certified public accountants engaged by the Sole Proprietorship, the Sole Proprietorship shall, based on the report, issue capital-contribution certificate. Such certificate shall mainly state, among other things, name and date of establishment of the Sole Proprietorship; name of, amount and date of capital contribution by the investor, issue date of the capital-contribution certificate.

Article 14 Within the business period, the Sole Proprietorship shall not reduce the registered capital.

Article 15 The increase in the registered capital of the Sole Proprietorship shall be subject to the consent of the investor, and approval of Nanjing City Jiangning District Bureau of Foreign Trade and Economic Cooperation (Jiangning BFTEC).

Article 16 Upon resolution by the investor, the increase and transfer of the registered capital of the Sole Proprietorship shall be submitted to Jiangning BFTEC for approval. Formalities shall be handled with Nanjing City Jiangning District Office of the China Administration of Industry and Commerce (Jiangning AIC).

## Chapter Four Executive Director and Management Organization

Article 17 The Sole Proprietorship has no Board of Directors. It has an executive director, who will be appointed by the investor. The executive director shall serve as the legal representative of the Company, who shall hold office for three years.

Article 18 The duties of the executive director are mainly as follows:

Exhibit 4
13

-- Decide on and approve important reports submitted by the general manager (for example, production plans, annual business reports, capitals, loans, etc.).

-- Approve the annual financial statements, budgets for revenues and expenditures, and annual profit distribution schemes.

-- Adopt important rules and regulations of the Company.

-- Decide on the establishment of branch office(s).

-- Decide on the employment of senior officers such as general manager, chief engineer, chief accountant, and auditor.

-- Other major issues subject to the decision of the executive director.

Article 19 The approval of the shareholder is required for the matters as follows:

-- Amendment of the Articles of Association.

-- Discussion and decision on the stop of production, termination or merger with another economic organization.

-- Liquidation of the Sole Proprietorship at the time of its termination and expiration.

Article 20 Under the management organization of the Sole Proprietorship, there are production, technology, labor, finance, administration, and other departments.

Article 21 The management organization of the Sole Proprietorship has 1 general manager, and 1 deputy general manager, both of whom will be employed by the executive director. The general manager shall directly report to the executive director, and implement each decision made by the executive director. The general manager shall organize and lead the daily production, technology and management of the Sole Proprietorship. The deputy general manager shall assist the general manager with the work, and fulfill the general manager's responsibilities on his behalf when the general manager is absent.

Article 22 The decisions on the important issues in daily work of the Sole Proprietorship shall take effect only after signed by both the general manager and the deputy general manager. The issues requiring joint signature shall be specifically specified by the executive director.

Article 23 Each of the general manager and the deputy general manager shall hold office for three years, and may serve consecutive terms if their appointment is extended by the executive director.

Article 24 Neither the general manager nor the deputy general manager may concurrently serve as general manager or deputy general manager of other economic organizations, or get involved in the commercial competitions of other

Exhibit 4
14

economic organizations against the Sole Proprietorship.

Article 25 The Sole Proprietorship has one chief engineer, chief accountant, and auditor, respectively, all of who shall be engaged by the general manager.

Article 26 The chief engineer, chief accountant, and auditor shall be under the leadership of the general manager. The chief accountant shall be responsible for leading the financial work, organizing the implementation of the comprehensive economic accounting, and implementing the economic responsibility system, of the Sole Proprietorship.

The auditor shall be responsible for the financial audit, checking the financial revenues and expenditures of the Sole Proprietorship, and making reports to the general manager.

Article 27 To apply for resignation, the general manager and the deputy general manager shall make a written report to the executive director in advance. Where the chief engineer, chief accountant, chief auditor, and other senior officers commit malpractice or gross neglect of duty, they may, upon resolution by the general manager, be dismissed at any time, and shall be held criminally responsible if they violate the laws.

## Chapter Five Supervisor

Article 28 The Company has 1 supervisor. The supervisor shall hold office for three years, and may hold a consecutive term upon re-election.

Article 29 The supervisor shall be elected and replaced by the executive director.

Article 30 None of the executive director, general manager, deputy general manager, and head of finance may concurrently serve as supervisor.

Article 31 The supervisor shall implement the following duties:

1. The supervisor shall attend the corporate meetings as needed without voting right;

2. Check the financial affairs of the Company ;

3. Supervise the acts of the executive director and the managers violating the laws, regulations or the Articles of Association of the Company during the performance of their functions;

4. Demand the executive director or the managers to make corrections if their acts have damaged the interests of the Company, and make a report to the shareholder or appropriate competent authority of the State, when necessary;

Exhibit 4
15

5. Propose the convening of interim meetings; and

6. Other functions and powers provided for in the Articles of Association of the Company.

Article 32 In case the supervisor does not perform his supervisory obligations, resulting in major economic losses to the Company, the organization electing him shall have the right to remove him from the office, and hold him economically responsible.

## Chapter Six Financial Affairs and Accounting

Article 33 The financial accounting of the Sole Proprietorship shall be handled in accordance with the Accounting System of the People's Republic of China for Business Enterprises formulated by the Ministry of Finance of the People's Republic of China.

Article 34 The fiscal year of the Sole Proprietorship uses the calendar system, beginning on January 1 and ending on December 31 of each year.

Article 35 All credentials, accounting books and statements of the Sole Proprietorship shall be written in Chinese.

Article 36 The Sole Proprietorship uses RMB as its reporting currency. The RMB shall be converted into other currencies, and shall be calculated at the quotations published by the State Administration of Foreign Exchange of the People's Republic of China on the date of actual occurrence.

Article 37 The Sole Proprietorship shall open RMB and foreign currency accounts in the Bank of China or other banks.

Article 38 The Sole Proprietorship adopts the internationally accepted accrual basis accounting and debit-credit bookkeeping.

Article 39 The financial accounting books of the Sole Proprietorship shall contain the following contents:

1. Amounts of all cash incomes and expenses of the Sole Proprietorship;

2. The sales and purchase of all materials of the Sole Proprietorship;

3. Registered capital and liabilities of the Sole Proprietorship; and

4. The time of payment, increase and transfer of the registered capital of the Sole Proprietorship.

Article 40 The Finance Department of the Sole Proprietorship shall, within the first three years of each fiscal year, prepare the balance sheet and profit and loss statement for the previous fiscal year, and after audited and signed by the auditor,

Exhibit 4
16

submit them to the executive director for approval.

Article 41 The investor shall have the power to, at his own expenses, engage an auditor to review the account books of the Sole Proprietorship. The Sole Proprietorship shall offer convenience at the time of review.

Article 42 The Sole Proprietorship shall decide on the depreciable life of its fixed assets in accordance with the Income Tax Law of the People's Republic of China on Enterprises with Foreign Investment and Foreign Enterprises and the Rules for the Implementation thereof.

Article 43 All foreign exchange matters of the Sole Proprietorship shall comply with the applicable provisions of the Regulations of the Peoples Republic of China on Foreign Exchange Control.

Nanjing City Jiangning District Bureau of Market Supervision and Administration (seal)

## Chapter Seven Profit Distribution

Article 44 The profits of the Sole Proprietorship, after payment of income taxes according to laws and provision of reserves, shall all belong to and be distributed by the investor, unless otherwise agreed by the investor.

Article 45 The Sole Proprietorship shall set aside a reserve fund, enterprise development funds, and employees' bonus and welfare funds from the profits after payment of income taxes. The decision on the proportion of provision shall rest on the executive director.

Article 46 The Sole Proprietorship shall make a distribution once every year, and publish distribution plan and the amount of profit attributable to each party within three months after the end of each fiscal year.

Article 47 No distribution of profits shall be made without making up the losses of the previous fiscal year of the Sole Proprietorship. The profits not distributed in the previous fiscal year shall not be included in the distribution of profit in current fiscal year.

## Chapter 8 Employees

Article 48 The employment, dismissal, termination, salaries, benefits, labor insurances, labor protection, labor disciplines, and other issues, shall be handled in accordance with the Regulations of the People's Republic of China on the Labor Management of the Foreign Funded Enterprises and the Implementation Measures therefor.

Article 49 The employees required by the Sole Proprietorship may be

Exhibit 4
17

recommended by local labor department, or after approval of the labor department, recruited publicly, provided however that the best will be chosen and employed from those having passed the examination.

Article 50 The Sole Proprietorship shall have the right to give warning, demerit, and reduction in salary to employees who have violated the rules and regulations and labor disciplines of the Sole Proprietorship, and if the circumstances are serious, they may be dismissed. For an employee who is dismissed or punished, a report may be made to the local labor department for filing.

Article 51 The employees' salaries and treatments shall be determined by the general manager with reference to the applicable regulations of China, and on the merits of the specific situation of the Sole Proprietorship, and specifically set forth in the labor contract.

Article 52 The salaries of employees of Sole Proprietorship may be increased appropriately with the development of the production, and improvement of an employee's business competence and technical level.

Article 53 Matters regarding the employees' benefits, bonuses, labor insurances and labor protection shall be specified in the systems of the Sole Proprietorship respectively, so as to ensure production and work by employees under normal conditions.

## Chapter Nine Trade Union

Article 54 The employees of the Sole Proprietorship shall have the right to establish a labor union, and carry out trade union activities, in accordance with the Trade Union Law of the People's Republic of China.

Article 55 The trade union of the Sole Proprietorship shall represent the profits of the employees, and implement the assignments as follows: safeguarding the democratic rights and materials interests of the employees, and assisting the Sole Proprietorship with the arrangement and reasonable use of the benefit and bonus funds; organizing employees to study knowledge of politics, business, science and technology; carrying out artistic and sports events; and educating employees, abiding by the labor disciplines, and making efforts to complete each economic assignment of the Sole Proprietorship.

Article 56 The trade union of the Sole Proprietorship will, on behalf of the employees, execute labor contracts with the Sole Proprietorship, and supervise the implementation of the contracts.

Exhibit 4
18

Article 57 The head of the trade union of the Sole Proprietorship shall have the power to join the discussion about the development plans, production and business activities, and other problems of the Sole Proprietorship, and to reflect the employees' opinions and requirements.

Article 58 The trade union of the Sole Proprietorship may participate in the dispute between an employee and the Sole Proprietorship.

Article 59 The Sole Proprietorship shall pay the union funds at two percent of the total actual salaries of the employees. The Sole Proprietorship shall use such funds in strict accordance with the "Rules for the Management of Trade Union Funds" formulated by the All China Federation of Trade Unions.

## Chapter Ten Duration, Termination and Liquidation

Article 60 The business period of the Sole Proprietorship shall be 30 years, calculating from the issue date of the Business License.

Article 61 If the investor agrees to extend the business period of the Sole Proprietorship, the extension shall be effectuated only, upon resolution of the investor, the written application for the same submitted to and approved by Jiangning BFTEC. Formalities for registration of change shall be processed with Jiangning AIC.

Article 62 The investor may terminate the business in advance if he believes it is in the best interests of the Sole Proprietorship.

The early termination of the Sole Proprietorship shall be subject to the decision of the investor, and by submitted to Jiangning BFTEC for approval.

Article 63 In any of the following circumstances, the investor shall have the right to terminate the Sole Proprietorship.

1. Expiration of its business period;

2. The enterprise cannot continue as it suffers serious losses;

3. Occurrence of irresistible external factors, resulting in serious loss to the enterprise and inability to continue to do business; or

4. Failure of the Sole Proprietorship to achieve its objective of business due to significant changes in the objective situations, meanwhile without prospects of development or necessity of existence.

Article 64 Upon expiration of the business period or termination of the business, the executive director shall propose liquidation procedures, principles and candidates for liquidation committee, and form the liquidation committee to conduct

Exhibit 4
19

liquidation of the properties of the Sole Proprietorship.

Article 65 The liquidation committee shall be responsible for thorough check of the properties, liabilities and debts of the Sole Proprietorship, developing balance sheets and catalogues of properties, formulating liquidation plans, and submitting them to the general manager for implementation.

Article 66 During the liquidation, the liquidation committee shall, on behalf of the Company, file or respond to an action.

Article 67 The liquidation fees and the compensations of the liquidation committee shall be paid in priority from the existing properties of the Company.

Article 68 After liquidation of all the debts of the Sole Proprietorship by the liquidation committee, the remaining properties shall all belong to and be distributed by the investor.

Article 69 At the end of the liquidation, the Sole Proprietorship shall make a report to Jiangning BFTEC, and handle the formalities for deregistration with Jiangning AIC to return the Business License, and make an announcement.

Article 70 After the winding up of the Sole Proprietorship, its account books shall be kept by Jiang Jiangning BFTEC.

## Chapter Eleven Rules and Regulations

Article 71 The Sole Proprietorship has formulated rules and regulations, including:

1. Operation and management system, including the powers and working procedures of each management department;

2. Formalities for employees;

3. Labor system;

4. Staff attendance; promotion, reward and punishment systems;

5. Staff welfare system;

6. Financial system;

7. Liquidation procedures upon the dissolution of the Company; and

8. Other necessary rules and regulations.

## Chapter Twelve Supplementary Provisions

Article 72 Any amendment to the Articles of Association shall be subject to the decision of the executive director, and submitted to Jiangning BFTEC for approval.

Article 73 These Articles of Incorporation are written in Chinese, and translated

Exhibit 4
20

into English.

Article 74 Any amendment to the Articles of Association, and revision of time, shall become effective only after approval of Jiangning BFTEC, and submitted to Jiangning BFTEC for approval.


Investor:      Zhao Shubin (signature)

April 24, 2007

Exhibit 4
21

**Abacus Consulting Services**
401 N. Garfield Ave. Ste 1, Alhambra, CA 91801 Tel: 626-487-8909  Fax: 626-282-9252
Website: http://www.certifiedchinesetranslation.com/ Email: info@certifiedchinesetranslation.com

## CERTIFICATION OF TRANSLATION
### (Certified by Courts)

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, that the document(s) listed as

### Exhibit A1,2,3, Wang Declaration
### Exhibit B1,2,3,4 Wang Declaration
### Exhibit C, D1-7, E1,2,3,4 Wang Declaration

is(are) complete and accurate translations of the original written document(s) to the best of my ability and knowledge.

Signed on November 6, 2016 in Los Angeles, California, USA

Samuel Shen Chong
Federal Court Registered Interpreter (US District Courts)
CA Court Certified Interpreter (License No. 301138)
New York Court Certified Interpreter
ATA (American Translators Association) Associate # 243264
Abacus Consulting Services
401 N. Garfield Ave.
#1
Alhambra, CA 91801, USA
Tel: 626-487-8909
Fax: 626-282-9252

Exhibit 5
22