FILED
CLERK, U.S. DISTRICT COURT
SEPT 5, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NANJING ELBLE ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>REPET, INC., a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:16−cv−02030−VAP−SP (consolidated with 5:15-cv-02315 VAP (SPx))<br><br>Hon. Virginia A. Phillips<br>Courtroom: 8A<br><br>[PROPOSED] **FINAL JUDGMENT** |
| REPET, INC., a California corporation<br><br>Counterclaimant,<br><br>v.<br><br>NANJING ELBLE ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD.; and ROES 1-10, inclusive,<br><br>Counterdefendants | |
| AND CONSOLIDATED ACTION. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**

WHEREAS, on November 10, 2015, RePET, Inc. ("Repet") filed a complaint against Shubin "Vincent" Zhao ("Zhao"), entitled *RePET, Inc. v. Shubin "Vincent" Zhao, et al.*, Case No. 5:15-cv-02315 VAP (SPx) ("*Repet I*") in the United States District Court for the Central District of California (*Repet I*, Doc. 1);

WHEREAS, on September 23, 2016, Nanjing Elble Environmental Protection Technology Co. Ltd. ("Nanjing Elble") filed a Complaint against Repet in this above-entitled action ("*Repet II*"), which included claims for: (1) Breach of Contract, (2) Open Book Account; and (3) Account Stated (*Repet II*, Doc. 1);

WHEREAS, on February 8, 2017, the Court in *Repet I* issued an Order consolidating *Repet I* with *Repet II* (*Repet I*, Doc. 102);

WHEREAS, on February 17, 2017, Repet filed its First Amended Answer and Counterclaims to the Complaint in *Repet II*, which included Counterclaims for: (1) Breach of Contract, (2) Breach of the Covenant of Good Faith and Fair Dealing, (3) Open Book Account, and (4) Account Stated (*Repet II*, Doc. 51);

WHEREAS, on March 20, 2018, the Court issued an Order granting Repet's Motion for Sanctions and Dismissal (*Repet II*, Doc. 107), by which it (i) dismissed Nanjing Elble's Complaint with prejudice, (ii) struck Nanjing Elble's Answer to Repet's Counterclaims, and (iii) directed the Clerk of Court to enter a default against Nanjing Elble on Repet's Counterclaims (*Repet II*, Doc. 113);

WHEREAS, on March 20, 2018, the Clerk entered a default against Nanjing Elble on Repet's Counterclaims pursuant to FRCP 55(a) (*Repet II*, Doc. 114);

WHEREAS, after a five-day trial lasting from June 12, 2018 through June 20, 2018 in Repet I, a jury returned a verdict against Zhao and awarding Repet $1,634,327.00 and title to a Toyota Camry; (*Repet I*, Doc. 228)

WHEREAS, on August 1, 2018, Repet filed an Application for Entry of Default Judgment against Nanjing Elble pursuant to Federal Rules of Civil

Procedure, Rule 55(b)(2) and Local Rule 55-1 (*Repet II*, Doc. 123), Nanjing Elble filed an Opposition on August 8, 2018 (*Repet II*, Doc. 125), and Repet filed a Reply in support on August 15, 2018 (*Repet II*, Doc. 126);

WHEREAS, on August 20, 2018, the Court entered a Final Judgment against Zhao in *Repet I* for the $1,634,327 in monetary damages and the title to the Toyota Camry awarded to Repet by the jury, plus $437,238.43 in pre-judgment interest (*Repet I*, Doc. 248);

WHEREAS, on August 31, 2018, the Court issued an Order granting Repet's Application for Default Judgment in *Repet II* as to Repet's Breach of Contract claim (but not on Repet's other three claims of Breach of the Covenant of Good Faith and Fair Dealing, Open Book Account, or Account Stated), and holding that Nanjing Elble is jointly and severally liable for $1,125,666.22 of the monetary damages and $301,154.26 of prejudgment interest awarded to Repet in the Final Judgment entered in *Repet I* (*Repet II*, Doc. 127); and

WHEREAS, on August 12, 2019, Repet moved for: (i) entry of final judgment in the above entitled action in accordance with this Court's prior orders in favor of Repet against Nanjing Elble; and (ii) dismissal, without prejudice, of Repet's remaining counterclaims against Nanjing Elble for Breach of the Covenant of Good Faith and Fair Dealing, Open Book Account, and Account Stated.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, upon the findings of this Court, that Judgment is entered as follows:

1. That Repet's counterclaims against Nanjing Elble for Breach of the Covenant of Good Faith and Fair Dealing, Open Book Account, and Account Stated are hereby dismissed without prejudice;
2. Judgment is hereby entered in favor of Repet against Nanjing Elble on Repet's counterclaim for Breach of Contract, and that Nanjing Elble is jointly and severally liable to Repet for $1,125,666.22 of the monetary damages and $301,154.26 of prejudgment interest awarded to Repet in the Final Judgment

DOCS 124629-000002/3738278.1

entered in *Repet I*;

3. Judgment is hereby entered in favor of Repet against Nanjing Elble on all of Nanjing Elble's claims against Repet;

4. Repet shall recover from Nanjing Elble its costs of suit incurred herein as provided by law; and

5. Repet is also entitled to an award of post judgment interest on the total amount of the judgment entered against Nanjing Elble, including pre judgment interest, which shall accrue pursuant to 28 U.S.C. § 1961(a), from the date on which final judgment, with amendments, is entered until paid in full, together with costs as provided by law.

**IT IS SO ORDERED AND ENTERED. JUDGMENT IS DEEMED ENTERED AS OF THE DATE SET FORTH BELOW.**

Dated: September 5, 2019

_____
Hon. Virginia A. Phillips
Chief United States District Court Judge